# EXHIBIT A

FORENSIC EVIDENCE MAP (v8.8-civil)

**Forensic Evidence of Deceptive Practices and Forced Data Retention by Angi Inc.** (NASDAQ: ANGI)

# v8.8-civil

Stephen Marcus Litchfield
marclitchfield@gmail.com
**X**: @marc_litchfield
**Facebook**: Marcus Litchfield

# Introduction

This document provides a forensic, contemporaneous record of a multi-month effort to cancel a recurring charge for an "Angi Key Membership" from Angi Inc (formerly Angie's List, HomeAdvisor) and to remove my payment information from Angi's systems. In my efforts, I encountered evidence of systematic patterns of obstructive and deceptive business practices designed to prevent cancellation and forcibly retain customer data, obstructive and obfuscative procedures, concluding with an act of intimidation using a legal threat.

The intention and purpose of this document is to enable coordinated action to compel Angi's remediation of all deceptive practices.

**FINANCIAL DISCLOSURE:** The author holds a bearish financial position in Angi Inc. (NASDAQ: ANGI) through put options and short sales. This report details the firsthand, factual consumer experience and subsequent public information research that formed the basis for the author's investment thesis. This report is not investment advice. All information contained herein is based on the author's personal experience and publicly available data, and is presented for informational purposes only. Options trading is inherently high-risk and can result in the complete loss of invested capital. Short selling carries theoretically unlimited losses.

# Core Violations Documented

This document provides detailed evidence, supported by screenshots and screen recordings, demonstrating four primary anti-consumer issues:

### 1. Deceptive Registration Funnel During "Log In"

When I attempted to "*Log In*" to homeadvisor.com to cancel the subscription, the system deceptively funneled me into creating a *new* account while actively misleading me into believing I was accessing an *existing* one.

- The system displayed "*Welcome Back!*" and asked me to "*complete your accou*nt", implying to me that I was updating an existing profile rather than registering a new one.
- After I was logged in, the site displayed the message "*Welcome Back, Stephen*", confirming the belief that I had an existing account.
- This deceptive design prevented me from accessing the actual subscription I was trying to cancel.

### 2. Obstructive and Hidden Cancellation Methods

Angi/HomeAdvisor employs multiple methods having the effect of obstructing cancellation.

- **Website Obstruction:** The HomeAdvisor website lacked a clear, simple path for cancellation. Instructions were buried several layers deep within an FAQ page.
- **Dysfunctional Phone System:** The official support number (1-888-811-2644) featured an unintuitive phone tree with no apparent billing or cancellation options. Five attempts resulted in repeated, automatic disconnections.
- **Unresponsive Social Media Support:** Angi support took over 50 hours to respond to my request for a working method to cancel, and when informed of the presence of an impersonator they delayed further, instructing to contact them privately, taking no evident action to resolve the ambiguous situation I faced with their impersonator.
- **Fragmented Domain Architecture:** Angi's systems forced navigation across multiple interconnected root web domains and required understanding of a changed ecosystem formed by corporate product acquisitions.

## 3. Negligence in Platform Moderation

Angi's slow response and failure to secure its official social media channels exposed me to a fraudulent impersonator who solicited my personal information for multiple days.

- **Sept 10**: I posted a message on Angi's official public Facebook page requesting a working method to cancel. The only response I received on the first day was from a fraudulent account impersonating Angi.
- **Sept 12**: Angi took 2 days, 2 hours, and 16 minutes to respond to my initial public request for help on Angi's official Facebook page. In the interim, the illegitimate account ("Customer Help Service") engaged me from Angi's page, identified themselves as *"Angi"*, and solicited my personal information for multiple days.
- **Sept 13**: I explicitly and publicly informed Angi of the impersonator's presence on their official public Facebook page. Angi took no evident action and waited for me to contact them privately.
- **Sept 19**: I contacted Angi directly and again informed them I had been in contact with the "Customer Help Service", and that it was still accessible from Angi's Facebook page via the public comment thread. Angi replied that the account I was interacting with was illegitimate. Then I reported the account as fraudulent to Facebook that day, having confirmation from Angi that it was an impersonator.
- **Sept 21**: Facebook then confirmed the account was fraudulent and removed it.

## 4. Denial of Data Deletion Rights (OCPA Violation)

Angi's systems retained my payment method after the membership was cancelled on Sept 12, and the interface provided no mechanism to delete the payment method; it only allowed the card to be replaced with another valid one. Angi demonstrated bad faith and failed to comply with a formal data deletion order.

- **Oct 16:** I submitted a formal demand to Angi, exercising my Right to Deletion by instructing removal of my payment method from all of Angi's systems by Oct 31.
- **Oct 28**: Angi simultaneously denied this request and claimed that it was completed ("denied in part") and they closed my issue as resolved.
- **Oct 31**: A screen recording captured on Oct 31, after the expiration of the formal deadline, revealed the data remained accessible from angi.com and had not been deleted.
- **Nov 2:** I immediately filed supplemental reports, including Angi's false compliance assertions.
- **Nov 4:** Angi subsequently asserted that they had *now* completed the request, they provided multiple false statements, and concluded with an attempt to intimidate me with a legal threat.

# Recommended Resolution

A proposed fair resolution involves systemic remediations:

1. Angi should be required to remediate all "dark pattern" mechanisms. This should include, but not be limited to, implementing a clear, single-click, and readily accessible online mechanism for ALL consumers to (a) cancel their memberships and (b) delete their stored payment methods and personal data post-cancellation, without requiring replacement with another valid card.
2. Angi should be required to implement competent, auditable internal controls for handling data privacy requests under state laws (like the OCPA, CCPA, etc.) to ensure consumers are not met with contradictory, false, and abusive responses.

# Curated Evidence Index

This section provides a curated index of the evidence contained in this document in the context of each aforementioned violation.

## I. Deceptive Login Registration Funnel

a. **[Fig 9.10.3]** The choice between "*Sign up*" and "*Log In*" implies the existence of two distinct processes: *registration* and *login*. If the user chooses the "*Log In*" option to determine the existence of an account with their email, they can be deceived into believing that an account had already existed, when in fact they had just been registered.
b. **[Fig 9.10.4]** The "*Welcome back!*" messaging implies this process is for returning users with existing accounts. The "*Don't have an account? Sign Up*" link directs the user to the registration process. This clearly indicates to the user that there are

two distinct processes for login and registration, that the user is returning and is "welcome *back*" and therefore is in the login process. An off-ramp to the registration process is offered, which indicates that the current login process the user is in is not for registration. The presence of the registration off-ramp contributes to the deception of the login registration funnel.

c.  [**Fig 9.10.5**] The message "*Log in with this 6-digit code to continue*" implies that the user is in the login process. The email contains no indication of a new account being created or registered, and the user has no reason not to believe that they did not already have a valid, existing account at this point in the process. This email contributes to the deception by providing a registration experience that appears to be a login experience.

d.  [**Fig 9.10.7**] The "*We need a few details to complete your account*" messaging implies (to some) that the account existed prior to the initiation of the process, and needs a few details to become complete. If the user believes that they are in a login process, then they will reasonably interpret "completing" to mean "updating", not "creating". This contributes to the deception by collecting information for registration in a way that can be interpreted as an update operation on a pre-existing account, as part of a login process.

e.  [**Fig 9.10.8**] "*Welcome back*" is displayed prominently on the user's first visit to the site, solidifying the user's belief that they had just completed a login process and had verified that an account had already existed. This messaging solidifies the deception by confirming the deceived user's false belief of having a pre-existing account, when in fact they had never logged in to the site before.

f.  [SCREEN RECORDING A] (silent), [SCREEN RECORDING N] (narrated) Video demonstrations of the full deceptive registration funnel at homeadvisor.com.

g.  (**11/4 2:45pm**)[**Fig 11.4.3**] In Angi's response to a request for comments that included a question about the function and purpose of the deceptive login registration funnel, they asserted:

   i.   "*Angi's registration process is compliant with state and federal laws.*" This assertion is part of what is being tested by the evidence presented herein.

   ii.  "*Further, please note Angi does not report consumer user acquisition metrics.*" This assertion is part of what will be tested by a deeper inspection or discovery of facts.

h.  (**11/5**)[**Fig 11.5.1**][SCREEN RECORDING W] In the Nov 5 earnings call, CEO Jeffery W Kip said "*we will progressively be delivering ... platform pieces which both have the chance to improve conversion and the customer experience*". The deceptive login registration funnel has the potential to fit both of these characteristics, with the additional characteristic of being deceptive.

Angi's deceptive login registration funnel uses a design that obstructs cancellation and carries the potential to inflate certain user acquisition metrics, if they were to be reported. This mechanism is part of a larger pattern of systemic deception.

## II. Obstructive Cancellation Methods: Roach Motel

### a. Website Obstruction

1. **[Fig 9.10.9]** homeadvisor.com did not present phone numbers, email, web chat, or web form contact methods. Cancellation is obstructed while the user searches for a working method to cancel.
2. **[Fig 9.10.9]** The homeadvisor.com social media links directed the user to "Angi" profiles on social media, and the "*About Us*" panel expanded to reveal a "*Contact Us*" link that navigated to an entirely different domain, angi.com. Cancellation is obstructed until the user gains awareness of the relationship between HomeAdvisor and Angi.
1. **[Fig 9.10.12]** The angi.com. "*Contact Us*" page did not provide an email contact, web chat, or web form to reach support. Social media, phone number (888-811-2644), and mailing address contact options were provided. Cancellation is obstructed while the user searches for email or website cancellation methods.
2. **[Fig 9.15.1]** The next steps for cancellation were eventually discovered by expanding the "*About Us*" footer panel, navigating to the "*Contact Us*" page, navigating to "*View FAQ*", and expanding the panel titled "*How do I cancel my Angi Key Membership?*". The panel presented a link to a membership page at angi.com, a link to a "*Help Center*" referencing a live chat method, and another, separate phone number: 866-623-6088. Cancellation is obstructed by the placement of cancellation steps behind a maze.
3. **[Fig 9.12.4]** After the membership was successfully cancelled from angi.com, the cancelled status of the Angi Key Membership was not clearly indicated on the homeadvisor.com site, making it unclear if the cancellation was completely successful. A message stated "*Your benefits are still available to you until September 11, 2026*", which does not confirm cancellation. Confirmation of successful cancellation is obstructed while the user is uncertain of the true status of their membership(s).
4. **[Fig 9.10.9][SCREEN RECORDING A]** An effect of the deceptive login registration funnel at homeadvisor.com is obstruction of cancellation. Users are obstructed from accessing the account they need to manage when they are seeking a method of cancellation or removal of payment information in an account that had just been deceptively registered.

### b. Dysfunctional Phone System (1-888-811-2644)

1. **[Fig 9.10.10]** 5 calls were placed to attempt to cancel membership, each one was automatically disconnected, obstructing cancellation by forcing a restart of the process.
   a. Call 1: no option selected at level 1, disconnected after 0:57 seconds
   b. Call 2: no option selected at level 1, disconnected after 0:57 seconds
   c. Call 3: no option selected at level 1, disconnected after 1:00 minute

      d. Call 4: option 1 selected at level 1, no option selected at level 2, disconnected after 2:39 minutes

      e. Call 5: option 1 selected at level 1, no option selected at level 2, disconnected after 2:42 minutes

2. **(9/10 9:24am)** At the beginning of each call the automated voice stated "*An advisor will be with you shortly*", implying a default option existed where the user would be connected with an advisor for assistance if no choice was made. Cancellation is obstructed while the user waits for the advisor that never arrives.

3. **(9/10 9:33am)** The automated prompts did not contain an option for billing, cancellation, or membership management. Cancellation is obstructed while the user attempts to locate the needed options to cancel, which are not presented. The IVR tree presented the following options:

    a. (1) Homeowner calling to get support

      i. (1) Find a pro for a new home project

      ii. (2) If you have booked a prepriced service through retail partners

      iii. (3) Need help with a project request you've already submitted or have a general question

      iv. (4) Green, Silver or Gold Angie's List member with support question, or to submit or edit a review

    b. (2) Pro calling on behalf of a business

    c. (Spanish)

## c. Unresponsive Social Media Support

1. **(9/10, 9:52am)[Fig 9.10.11]** A public request seeking a working cancellation method was submitted to Angi's official public Facebook page which did not receive a timely response from Angi, obstructing cancellation through delays.

2. **(9/12 12:08pm)[Fig 9.13.5]** The response from Angi support, over 50 hours later, was posted in the same public thread as the Angi impersonator, "Customer Help Service" (CHS), directing me to another private conversation. I informed Angi of the impersonator's presence in the public thread, but Angi did not respond, instead waiting for me to contact them directly. Cancellation was obstructed while Angi waited for me to resolve the ambiguous identity of the impersonator and establish private contact instead of providing information or taking action that would have supported me.

3. **(9/19 5:08pm)[Fig 9.19.4][Fig 9.19.5]** I followed up with a direct message and provided Angi with the information they needed to locate the membership, and clearly requested confirmation of cancellation and removal of my payment info. Angi by this time had silently issued a refund to my card, and my wife had cancelled the membership through a different channel, so what I still needed was confirmation and removal of my payment data from all of Angi's systems. Angi Support never responded to me, obstructing confirmation of cancellation.

## d. Fragmented Domain Architecture

- **[Fig 9.10.1][Fig 9.10.2]** The $29.99 debit transaction from Sep 10 contained homeadvisorhandy.com in the Merchant Details, an invalid domain, which obstructed cancellation at first contact by not clearly indicating the source of the charges.
- **[Fig 9.12.1][Fig 9.12.2][Fig 9.12.3]** My wife, intending to cancel her "Angie's List" membership, navigated to angieslist.com, which redirected her to angi.com, where she cancelled the "Angi Key Membership" associated with my debit card using a simple one-click process. After cancelling the membership at angi.com, my wife received a confirmation of cancellation from book.angi.com, as well as a separate "*cancellation of booking plan*" email. This process did not indicate that a "HomeAdvisor" membership or account had been cancelled, obstructing confirmation of the cancellation of the membership that the $29.99 charge had originated from (HomeAdvisor).
- **[Fig 9.12.4]** My wife navigated to homeadvisor.com to cancel any membership in this system, which displayed the message "*Your benefits are still available to you until September 11, 2026*". The user interface did not provide clear indication that the membership had been cancelled, obstructing confirmation of cancellation of any and all Angi memberships.
- **(11/4 2:45pm)[Fig 11.4.3]** In Angi's response to a request for comments that included a question about Angi's cancellation practices, they stated "*Angi's cancellation processes are compliant with state and federal laws.*", which will be tested by a deeper inspection or discovery of facts.
- **(11/5)[Fig 11.5.1][SCREEN RECORDING W]** In Angi's November 5th, 2025 earnings call, CEO Jeffery W Kip provided some context and background on the company's technical debt, saying "*I think we've been very much held back on our ability to move with speed across the product and the customer experience for multiple years here by the legacy technology and tech debt*". A fragmented domain architecture is technical debt formed by acquisitions and integrations that a company makes an intentional choice to repay, or not. Angi's fragmented domain architecture is a manifestation of their technical debt that served to obstruct cancellation.

In Angi's November 4th response to a question about their cancellation policies, they simply asserted "*Angi's cancellation processes are compliant with state and federal laws.*" This assertion will be tested against the evidence to the contrary cataloged herein, with these obstructive cancellation mechanisms being representative components of the systemic deception woven into Angi Inc.

## III. Negligence in Social Media Platform Moderation

a. **[Fig 9.10.14]** My public comment on Angi's official Facebook page received a 😢 cry face emoji from "Customer Help Service" (CHS), which then directed me to a private conversation. Angi did not respond to my request for over 2 days, leaving me to determine if this account legitimately represented Angi.
b. **[Fig 9.10.17]** CHS identified itself as "Angi", establishing an ambiguous situation that I needed support to resolve.

c. **[Fig 9.10.19][Fig 9.14.1]** CHS solicited my personal information, including a request for my phone number at 3:43am via Facebook Messenger: *"Where is the reachable phone number?"*.

d. **(9/13 11:33pm)[Fig 9.13.6]** I publicly informed Angi on their public Facebook Page, in response to their public request, that I had been in contact with CHS, which was present in the same thread as Angi's request to me. I prefixed "*Customer Help Service*" with the possessive "*your*" to indicate that this party had identified itself as Angi to me. I advised Angi to "*coordinate your teams*" to indicate that I had now interacted with multiple parties that identified as "*Angi*". I used this phrasing to force a determination as to whether CHS was indeed an illegitimate entity completely unaffiliated with Angi, or whether CHS represented Angi in some capacity, via a vendor or contractor relationship, or perhaps unsanctioned activities of an Angi employee, or some other association, all of which I considered to be possibilities at the time. Angi did not respond in public or take any evident action to remove CHS at this time.

e. **(9/19, 5:25am)[Fig 9.19.1]** I directly contacted Angi and again notified them of the presence of CHS and that I had been in contact with it. I informed Angi of the accessibility of CHS from their public Facebook page.

f. **(9/19 10:28am)[Fig 9.19.2]** Angi asserted CHS "*is not associated with Angi and does not appear to be a legitimate entity*" and advised me against giving it my personal information. This was the only private Facebook message I received from Angi Support.

g. **(9/19 4:33pm)[Fig 9.19.3]** I reasserted again that CHS remained accessible from Angi's public Facebook page. I also made good faith efforts to clarify Angi's inaccurate technical usage of the term "page" when referring to CHS, as it was an "account" (and even more specifically, a "profile'), to ensure they understood I was accessing it from their page, not from a different page. This was the last message in the conversation.

h. **(9/19 5:08pm)[Fig 9.19.4][Fig 9.19.5]** I reported CHS to Facebook as "*Fraud or Scam*" after business hours on Friday, once it became clear that any action taken by Angi had not carried the effect of removing CHS from their public Facebook page.

i. **(9/20 3:10pm)[SCREEN RECORDING H]** I captured additional screen recordings over the weekend that demonstrated CHS remained accessible from Angi's public Facebook page.

j. **(9/21 7:32am)[Fig 9.21.1]** I received a notification from Facebook that CHS had been removed after they confirmed it was indeed illegitimate.

k. **(11/4 2:45pm)[Fig 11.4.3]** In Angi's response to a request for comments that included a question about their social media platform moderation policies, they stated "*We regularly monitor our verified social media channels to ensure homeowner complaints are quickly and efficiently addressed. We encourage users to engage only through official, verified Angi channels and report suspicious activity immediately.*"

    i.    Angi did not respond to my public request seeking a working method to cancel for 2 days, 2 hours, 16 minutes, which is objectively neither quick nor efficient.

    ii.    CHS engaged me through the official, verified Angi Facebook page, which is an "*Angi channel*".

    iii.    I reported CHS on the day Angi asserted to me that it was illegitimate, which, while not technically *immediate*, was still reasonably quick and efficient, especially considering I had no obligation to do this. It was an act of good faith directed toward Angi's visitors.

Angi was negligent in social media platform moderation, and their denial and deflection demonstrates that their negligence was a deceptive tactic, part of a larger pattern of systemic deception.

## IV. Denial of Data Deletion Rights

a. **(9/12 8:20am)[Fig 9.12.2]** Tammy received confirmation of cancellation of the Angi Key Membership associated with my debit card ending in 2667. After this moment, Angi no longer had any legitimate justification for keeping my debit card's payment information in their systems, as we had ended our business relationship.

b. **(9/19 5:25am)[Fig 9.19.1]** I contacted Angi directly, seeking written confirmation that my card had been entirely removed from Angi's systems and would not be billed again, clearly expressing my will for my financial data to be removed.

c. **(9/19 4:33pm)[Fig 9.19.3]** I supplied Angi with my wife's name, spelled correctly, and her email address. I explained that my name was on the debit card ending in 2667, and that my wife was an authorized user. Angi did not acknowledge or reply to this message.

d. **(10/3 ~5:00pm)[Fig 10.3.1][SCREEN RECORDING I]** The angi.com payment method section had an "*Update Payment Method*" option that required a new, valid card. I tried entering fake numbers to determine if I could remove the payment method, but the update operation failed, and my 2667 card remained retrievable through the user interface from my wife's account. Angi holds a payment method to retrieve this information from their Data Processor.

e. **[SCREEN RECORDING M]** The account settings user interface at angi.com did not provide a delete option. There was no way for me to remove my own card through the user interface.

f. **(10/16 7:53pm)[Fig 10.16.11]** I sent Angi a formal demand to remove my debit card ending 2667 from all systems under Angi's control, setting a deadline of Oct 31, 5:00 PM Pacific Time, giving Angi 10 full business days to comply. I consistently spelled my wife's last name correctly, L-I-T-C-H-F-I-E-L-D, exactly the same way as my last name.

g. **(10/27 1:11pm)[Fig 10.27.5]** With less than 5 days remaining before the 10/31 deadline, I received a reply from Angi's Director/Sr. Corporate Counsel, Jaime Padgett.

      i. The reply stated "*We possess no such information under any account in your name*", which is proveably false, since an account under my name was created on September 10th as part of the deceptive login registration funnel **[Fig 9.10.9]**. Also, my name is on the card, which is part of the payment method information, which Angi "possesses" as the Data Controller.

      ii. The reply requested "*I kindly ask that Tammy Litchenfield [sic] subject a request to PrivacyOfficer@angi.com to exercise any privacy rights on her account*". Tammy's last name was spelled incorrectly, despite it being delivered with consistent accuracy, and despite being told repeatedly that she was my *wife*. A reasonable person would have reverified the spelling of a "*Litchenfield*" married to a "*Litchfield*". This was a bad-faith obstructive tactic, and it would be insulting for Angi to claim this as an unintentional mistake.

h. Tammy and I coordinated a response to neutralize Angi's procedural issue:

      i. **(10/27 5:54pm)**[**Fig 10.27.6**] Tammy formally exercised her right as a Data Subject under her email address to instruct removal of her personal information. She delegated total authority to manage her data to me, and then explicitly instructed Angi to make no further contact with her, instead directing all contact to me.

      ii. **(10/27 7:20pm)**[**Fig 10.27.8**] I accepted Tammy's delegation of data subject authority, corrected Angi's false statements, declared the procedural issue resolved, and reasserted the 10/31 deadline to remove my financial data.

i. Angi responded the next day with conflicting information, asserting my request had been "*completed*", "*denied in part*", and "*resolved*", and claimed that the CCPA authorized denial of some unspecified part of my request.

      i. **(10/28 9:48am)**[**10.28.1**] An email from noreply@angi.com with the subject "*Your request to delete information at Angi has been completed*" asserted "*When we received your request and verified your identity, we promptly processed it accordingly and your request was complied in part and denied in part, as authorized by the CCPA.*" The email did not specify what part of the request was complied and which part was denied.

      ii. **(10/28 9:52am)**[**10.28.2**] An email from the Angi Service Desk asserted that my "*Data Request: CCPA Delete Data*" ticket (INC-2549943) had been "*resolved*". Again, there was no mention of what action was performed, other than indicating the ticket was "*resolved*".

j. **(10/28 8:40pm)**[**10.28.3**][SCREEN RECORDING P] After receiving Angi's assertion that they had completed and resolved my request, I accessed Tammy's account at angi.com and I was able to retrieve my 2667 debit card payment information, as well as Tammy's phone number and our home address, verifying that Angi had still **not** complied with my request, as our data remained accessible from their system.

k. **(10/28 10:01pm)**[**Fig 10.28.5**] I responded to correct the record and "*confirm that ticket INC-2549943 is not resolved*", and explained how I was still able to access the

data that should have been deleted. I reasserted one more time that the 10/31 deadline stands.

l. **(10/28 11:14pm)[Fig 10.28.6]** In defiance of Tammy's explicit instructions to cease contact and to communicate only with me, Angi delivered an email to my wife, instructing her to complete a privacy request form to "*initiate*" a privacy request.

m. **(10/31 6:45pm)[Fig 10.31.1]**[SCREEN RECORDING R] The October 31 5:00 PM deadline passed, and Angi had not deleted my payment method information for my card from their systems, as demonstrated by a screen recording captured at 6:45 PM from Tammy's account. Angi failed to comply with the formal data deletion order after making false assertions of their compliance.

n. **(11/4 2:45pm)[Fig 11.4.3]**[SCREEN RECORDING V] In a response to my request for comments for an article publication, Angi asserted

    i. "*We have **now** completed the deletion on Mrs. Litchfield's accounts.*"

        1. This is an explicit admission that the data was not deleted before November 4th

        2. A captured screen recording demonstrates that Tammy's account now displays the message "*we need a few details to complete your account*", indicating that the account had been deleted.

        3. Angi's assertion of compliance came after the deadline set by the formal data deletion order, and after Angi had falsely asserted completion and resolution of the request.

        4. Therefore, Angi failed to comply with my formal data deletion demand.

    ii. "*Please note Angi does not collect, store, or maintain credit card information. This information is collected, maintained, and stored by an accredited, third-party vendor, Stripe*". This is factually incorrect. The data is collected by Angi through the user interface. As the Data Controller for the data subjects in question, Angi carries the obligation to delete the payment method, not the Data Processor, Stripe.

    iii. "*we do not receive this information itself. Payment information is transmitted directly to our payment card processing vendor*". This is also factually incorrect. Angi *receives* the information through their user interface, and then transmits to Stripe. The request to retrieve card information is made to Stripe from Angi's systems, and requires holding the payment method information in order to retrieve the card for display in the user interface. Angi misrepresented technical facts and California privacy law to attempt to reframe the narrative in their favor.

    iv. As the Data Controller, Angi failed in their obligation to delete the payment method for my card that would have had to have been in their possession in order to successfully retrieve the card details from the Data Processor, Stripe.

o. **(11/4 2:45pm)[Fig 11.4.3]** Angi concluded with a categorical denial, an accusation that I had made false or misleading statements, and they issued a legal threat: "*As you are aware these allegations are false and misleading, please note we will not hesitate to take action for any and all defamatory, misleading, or incorrect*

*statements made by you.* I immediately interpreted this as an attempt at intimidation against an SEC Whistleblower. Upon deeper examination, I discovered a fatal, self-defeating paradox in Angi's closing argument. It makes two core claims, both of which cannot be true:

i.   **Claim A**: My allegations are "*false and misleading*" and form the valid basis for a defamation suit.

ii.  **Claim B**: An explicit admission on November 4th that my data was *now* deleted, and therefore not deleted before then, as I verified on October 31 after the deadline, making my allegation of Angi's non-compliance entirely truthful.

Angi demonstrated bad faith and obstructive policies at every layer I encountered, with so many attempts at deceit and obstruction it is impossible to conclude that these patterns form anything other than deliberate, intentional, systematic deception.

It is imperative to compel Angi Inc to root out and eradicate all deceptive patterns, practices, procedures, and mechanisms. Angi's consistent demonstration of bad faith indicates that they will not adhere to self-imposed commitments, therefore meriting a coordinated, decisive, and overwhelming response.

# Forensic Timeline Conventions

The forensic timeline in this document uses the following conventions:

- Events begin with an ordered emoji pair representing the initiating and receiving parties of the event, respectively. See Appendix F for an index of parties involved.
- Events have a timestamp in parentheses (always in Pacific Time) that is traceable to a specific piece of evidence matching the time the event was initiated.
- Events contain:
  - **Messages**, in bulleted list items prefixed with the emoji of the sender, followed by an (optional) entity within the sending party in bold format, followed by the message transmitted.
  - **Narrative**, in default text format.
  - **Figures**, followed by an identifier in the format "[month.day.N]", where N is a sequential number starting at 1 for each day. Figures are enumerated in Appendix B.
  - **Screen Recordings**, indicated by a "[**SCREEN RECORDING** {{letter}}]" header and the URL of the recording. Screen recordings are enumerated in Appendix C.
  - **Notes**, prefixed with "**Note**:"
  - **Rationale** for certain responses, prefixed with "**Rationale**:"
  - **Communication failures**, denoted with "✖"

## Parties

Emoji are used consistently in the timeline to represent a party, followed by an entity within the party, where applicable. See Appendix F for a list of all party entities appearing in the timeline.

- 🔵 Me (Stephen Marcus Litchfield)
- 🔺 My wife (Tammy Litchfield)
- 🟠 Angi, Inc
- 🔴 Angi impersonator (CHS)
- 🏦 Bank (US Bank)
- 🌐 Social Media Platform (FB)

## Forensic Timeline

### 📅 Wed, Sept 10

—

( 🏦 🔵 ) **9/10 8:34am - Notification of an unexpected charge**

- 🏦 **US Bank**: Notification of a surprising $29.99 debit charge from homeadvisorhandy.com. I had never heard of this site.



**Transaction Explanation**                                    ✕

Original Transaction

Recurring Debit Purchase Pay*
Homeadvisorhandy.com In 09/10 Card

[Fig 9.10.1]

- 🔵 Navigated to homeadvisorhandy.com
- ❌ I received an error (DNS_PROBE_FINISHED_NXDOMAIN)



[Fig 9.10.2]

I confirmed the recurring charges from the merchant by searching my personal finance apps for "homeadvisor" and I located 3 previous transactions in the amount of $29.99 around this date each year on the same debit card. The merchant details of the previous charges started with "homeadvisor", so I concluded that it was a recurring annual membership from HomeAdvisor.

### (🔍🟠) 9/10 8:38am - Sign in to HomeAdvisor

At the time I was not certain if the account was created under my email address or my wife's. She was unavailable at the time, so I tried to access the membership and billing information with my email address. I reasoned that if I could log in with my email then the membership and billing information must be associated with my email and I should be able to cancel through the site and manage my billing information, but if my login attempt were to fail then it would mean that the billing information must be associated with my wife's email and I would need to find another method to cancel the subscription.

- 🔍 I navigated to homeadvisor.com, opened the hamburger menu, selected "*Log In*", and supplied my email address to log in.

- 🟠 **HomeAdvisor.com**: I received an email with a log in code and the message "*Log in with this 6-digit code to continue*".

- 🔍 I submitted the code to the HomeAdvisor login process, and was able to log in to HomeAdvisor after completing my profile information and accepting what I believed to be updated terms.

- 🟠 **HomeAdvisor.com**: The site displayed the message "*Welcome Back, Stephen.*"

The Terms and Conditions described an "*Angi Key Membership*".

**Analysis of the Login Process**

Upon review, I now understand that the "login" process was, in fact, a deceptive registration funnel.

Entering from homeadvisor.com I was presented with two choices: "*Log In*" and "*Sign Up*".



[Fig 9.10.3]

I chose the option to "*Log In*" instead of the option to "*Sign Up*" because I believed that if I did not have an account then my attempt to log in would have been unsuccessful, and that the account must have been set up under my wife's email.

- 🟠 **HomeAdvisor.com**: After selecting "*Log In*", the site displayed the text "*Welcome Back*" and the "*Don't have an account? Sign Up*" during the login process, with a link to a separate "*Sign Up*" registration flow.



[Fig 9.10.4]

This messaging confirmed to me that I was in an existing user login flow, as opposed to a new user registration flow.

- 🟠 **HomeAdvisor.com**: An email with a 6-digit code arrived immediately after submitting my email address from homeadvisor@email.homeadvisor.com



[Fig 9.10.5]

- 𝟲 I supplied the code and chose "Verify and Continue".



[Fig 9.10.6]

I was able to proceed to the next step in the Log In flow.

It was at this point that I believed I had confirmed that I was using an existing account established before September 10th under my email address.

The next step after submitting the code asked me to "complete" my account, asking for my first and last name.

Since at this point I believed that I already had a HomeAdvisor account, I understood these questions to be asking me to provide information needed to update my existing profile, to make it complete. I did not understand that I was registering a new account at this point.

**HomeAdvisor** POWERED BY **Angi**

## We need to verify a few details to complete your account.

First name

Last name

☐ **Required:** I agree to HomeAdvisor's Terms and Conditions and Privacy Policy.

[ **Back** ]    [ **Submit** ]

[Fig 9.10.7]

- 🟠 **HomeAdvisor.com**: We need a few details to complete your account.

- 🔵 I supplied my first and last name, believing that the information was needed by HomeAdvisor's systems to complete my profile as part of the existing user log in flow I believed myself to be in.

- 🟠 **Angi.com**: I read the Terms and Conditions document, which I understood to be an update to my existing account. This is when I became aware of the entity "Angi" and learned of the existence of the "Angi Key Membership".

- 🔵 I checked the box to accept the terms, believing I was accepting an updated policy, not that it was the first time that a HomeAdvisor policy was being accepted.

- 🟠 **HomeAdvisor.com**: "Welcome Back, Stephen." was displayed on the site after my first login.

This messaging further solidified my belief that I already had a HomeAdvisor account, and that I had signed in to my existing account correctly.



[Fig 9.10.8]

In this account I did not have access to my membership or billing information, because I had just been registered by the deceptive login registration funnel without my knowledge.

I captured a screen recording that illustrates this deceptive registration workflow:

### 🎥 [SCREEN RECORDING A]

https://drive.google.com/file/d/1BwuRgS9ajUe5oeSmBH_G4ZQ4_eRqm8kP/view?usp=drivesdk

### ( 🌙🔴 ) 9/10 9:03am - Attempt to cancel through site

It does not seem that I can cancel or change my payment method on the site.





[Fig 9.10.9]

- 🟠 **HomeAdvisor.com**: Settings Page display
  - Welcome back, Stephen
  - Personal Information marclitchfield@gmail.com
  - First Name Stephen
  - Last Name Litchfield
  - Payment Method (Add payment method button)

- 🟠 **HomeAdvisor.com**: Change Password section provides:
  - Forgot Password link
  - Old Password input
  - New Password + Confirmation inputs

- 🟠 **HomeAdvisor.com**: In the footer, Social media profile buttons are displayed for Facebook, Instagram, LinkedIn, Pinterest, X (under former Twitter Logo), and YouTube.

There is only an option to submit new payment info, there is not an evident way to cancel available to me.

I will call the number listed on the site:
1-888-811-ANGI (2644).

**( 🌀🟠 ) 9/10 9:24am - Phone Call #1**

I called **1-888-811-ANGI** with the expectation I would find an option for billing or a way to cancel or manage my membership, or a default path to speak to a customer service agent.

The message told me that an advisor would be with me shortly, which I initially understood to mean that I should remain on the line and wait for an advisor.

The phone system provided an introduction and two options at the top level:

- 🟠 **IVR**: "*An advisor will be with you shortly*"
    - (1) Homeowner calling to get support
    - (2) Pro calling on behalf of a business

No option for cancellation or billing was provided at this level. I made no selection and remained on the line.

- 🟠 **IVR**: (message repeats several times)

    ❌ Line was disconnected

Call duration: 0:57

**( 🌀🟠 ) 9/10 9:28am - Phone Call #2**

- 🟠 **IVR**: ❌ Same result, disconnected.

Call duration: 0:57

**( 🌀🟠 ) 9/10 9:31am - Phone Call #3**

- 🟠 **IVR**: ❌ Same result, disconnected.

Call duration: 1:00

There was not an option to speak to an Advisor at this level of the tree, and remaining on the line did not connect me with an Advisor. The IVR intro stated each time "*An advisor will be with you shortly*".

**( 🌀🟠 ) 9/10 9:33am - Phone Call #4**

- 🌀 This time I selected Option 1 at the first level.

This brought me to another menu with 4 choices.

- 🟠 **IVR**: Choose from one of the following options:
  (1) Find a pro for a new home project
  (2) If you have booked a prepriced service through retail partners
  (3) Need help with a project request you've already submitted or have a general question
  (4) Green, Silver or Gold Angie's List member with support question, or to submit or edit a review

None of those seem to apply to me. Options 1 and 2 do not apply to my situation. I don't know what a project request is. I was not aware of the connection to Angie's List at this time, I was initially unsure that I had heard it correctly.

- 🟠 **IVR**: (Repeats 4 times)
  ❌ Disconnected

Call duration: 2:39


**( 🌀🟠 ) 9/10 9:36am - Phone Call #5**

- 🟠 **IVR**: 🌀 Option 1 again
  ❌ Same result, line was disconnected

Call duration: 2:42

I did not make a choice at the second level in this final call because it did not seem to me at the time that any of the options would allow me to manage my billing or cancel or manage my membership. I ran out of time thinking about what to do and got disconnected again.

I decided to switch communication methods at this time.

I placed one additional 6th call for the purpose of keeping accurate records for this journal.

**Note**: The 6th call was not a cancellation attempt and I consistently and intentionally exclude it when counting my 5 attempts to cancel my membership via the phone system.



[Fig 9.10.10]

( 🌀🟠 ) **9/10 9:52am - Attempt to cancel via Facebook**

I found the official Angi Facebook page and commented on their latest marketing post from 2 hours ago:



[Fig 9.10.11]

- 🔎 @Angi I have made 5 attempts to cancel my membership this morning. Your phone system at 1-888-811-2644 has no option for cancellation and has disconnected my call every time. This is an unacceptable business practice. Please provide a working method to cancel my account immediately.

### ( 🔎🟠 ) 9/10 10:00am - Searching for contact email

I will try to send them an email next.

The HomeAdvisor "*Contact Us*" page directs to angi.com. I was initially uncertain if this was the correct contact information for HomeAdvisor, since it was on a different domain I was unfamiliar with.

- 🟠 **Angi.com**: The site does not appear to list a way to contact them, other than the phone number, a mailing address, and social media links. No email address, web form, or web chat that I can find.

Just a form to collect email addresses, nothing in the site footer that would help me contact them.



[Fig 9.10.12]

- 🟠 **Angi.com**: Depicted above the company's logo are buttons for the social media contact options, each linking to Angi's profile on that platform. From left to right, the options are:
  - X (using the former Twitter logo)
  - Facebook
  - Pinterest
  - YouTube

○ Instagram

**Note**: I would discover additional contact information on a subsequent attempt days later by navigating to the FAQ (Fig 9.15.3).

### (🔴 🌀 ) 9/10 2:00pm - Received reaction and reply on FB

A "Customer Help Service" account replied to my public Facebook comment:



[Fig 9.10.14]

- 🔴 **CHS**: Cry face 😢 reaction to my comment

- 🔴 **CHS:** Kindly click on my profile and send a DM for further escalation ok.

- 🔴 **CHS:** It also sent me a friend request, which I did not accept.

**Note**: Angi would later assert that this account appeared to be illegitimate and was not associated with Angi. The "Customer Help Service" does not represent official communication from Angi. All interactions with the "Customer Help Service" took place either in public comments within the Angi Facebook page or through Facebook Messenger.

### ( 🌀 🌐) 9/10 1:55pm - Attempt to send Facebook DM to CHS

The Customer Help Service appears to be a very new account. The only activity that appears on the account is the profile images updates from moments ago.



[Fig 9.10.15]

I chose the Message button, which brought me to a direct message with options to choose to accept, delete, or block.



[Fig 9.10.16]

### (🔴 6️⃣) 9/10 1:55pm - Customer Help Service Identifies as "Angi", solicits my WhatsApp number

After pressing the "*Message*" button, I was able to read it.



[Fig 9.10.17]

- 🔴 **CHS**: Hello 👋, we are deeply sorry for making you feel that way, it was never our intention but we would like to closely look at the concern raised. Please DM your reachable WhatsApp number We connect you with an agent who can assist. Angi

I don't have WhatsApp and I don't want to add them as a friend, I don't know what to do. I am nervous because it looks like the account was just created, there are no posts other than the profile picture being set.

I note here that they identify themselves as "Angi". I am uncertain at this time if this is a legitimate account associated with Angi. I will proceed in an uncertain state, preparing to offer only minimal information necessary to locate my billing and subscription information and receive confirmation of my cancellation.

### ( 🌀🌐 ) 9/10 3:42pm - Disregarding Friend Request
In attempting to initiate conversation with the Customer Help Service I initially pressed Respond thinking this would let me send them a response, but I cancelled when I realized that this would have responded to the friend request.

I captured a video showing how this experience appeared to me at the time.

### 🔵 [SCREEN RECORDING B]
https://drive.google.com/file/d/1t1k-HQ_SGsNfofWozxT-NKY16ZlaJo27/view?usp=drivesdk

( 🌀🔴 ) **9/10 3:43pm - Accept the message and reply**

- 🌀 I accepted the message, which initiated a conversation with the Customer Help Service.

I replied with a request for the cancellation to be processed immediately. I provided my email address, and politely requested confirmation of the cancellation in writing.



[Fig 9.10.18]

- 🌀 I do not use WhatsApp, and I require this matter to be resolved here in writing. As I stated in my public post, I need to cancel my Angi Membership

  My account is under the email address marclitchfield@gmail.com

  Please process the cancellation and provide written confirmation in this chat.

( 🔴🌀 ) **9/10 4:57pm - CHS asks for my phone number**

They want my full name, email, and they ask for my phone number as well. I don't want to give them my phone number. I only supplied my full name and email.



[Fig 9.10.19]

- 🔴 **CHS**: We really do apologise for such a frustrating servic
  To proceed with reviewing your case, kindly send us the following details through
  a private message (DM)
  _Full Name
  _ Email Address
  _Phone Number
  You will be connected to the Supervisor for assistance ok Mr Marcus

### (🔴 𝟞 ) 9/10 4:57pm - Provide CHS with only my full name and email

I replied:

- 𝟞 Thank you. Here are the details to locate my account:

  Full Name: Stephen Marcus Litchfield
  Email Address: marclitchfield@gmail.com

  This information should be sufficient to find my account. Please use it to process
  the immediate cancellation of my Angi Key Membership. I require written
  confirmation of the cancellation in this chat.

 **Thu, Sept 11**

### ( 🌀🟠 ) 9/11 11:15am - Post removed from feed?

I can't find the post from yesterday that I commented on asking for help. It no longer appears anywhere near the top of Angi's FB page posts.

### ( 🌀🟠 ) 9/11 11:30am - But there Is a Reel

However, there is a Reel (not a Post) with my comment asking for my membership to be cancelled.



[Fig 9.11.2]

Link to reel: https://www.facebook.com/share/r/16vXHHwRe6/

It shows my public comment from yesterday and indicates that there is a reply, but it disappears when you click the link.



[Fig 9.11.3]

You have to choose "All Comments" to see their reply.



[Fig 9.11.4]

### ( 🌀🟠 )  9/11 11:32am - **Screen Recording of hidden Reply**

I captured a screen recording that scrolls through the Angi Page to show that the post from yesterday is no longer present anywhere near the top of the feed. It was the most recent post when I commented on it the day before. It can still be found under the Reels section.

I can still get to the Customer Help Service, I can see their "😢" reaction to my original comments, and our DM conversation is still open.

### 💿 **[SCREEN RECORDING C]**

https://drive.google.com/file/d/17qwtFtRZ44RkOP7HcjpYYw6rLL4bMuBj/view?usp=drivesdk

### (🔴 🌀 ) **9/11 4:27pm - Received request for a call right away**

Over 24 hours after the last message I sent, I received a message asking me to take a call immediately. I refused, insisting on written confirmation in the chat.



[Fig 9.11.5]

- 🔴 CHS: Can we call right away

- 🔴 CHS: Are you available for a call at the moment

### (  ) 9/11 4:27pm - My reply: no

I replied immediately:

- 💬 No, I am not available for a phone call. This entire matter needs to be resolved here in writing for my records.

  You have my name and my email address. Please process the cancellation of my Angi Key Membership in your system and provide the written confirmation here in this chat, as I have now requested multiple times.

## 📅 Fri, Sept 12

—

### ( 🔄 📌 ) 9/12 8:10am - Cancel all Angi services

After a discussion with Tammy we decided we would cancel all services with Angi, including Angie's List and HomeAdvisor, which we have since learned became interconnected after our initial enrollments under the "Angi" brand.

### ( 📌 🟠 ) 9/12 8:18am - Tammy cancels Angi's List

- 📌 Tammy first attempted to cancel her Angie's List membership by visiting angieslist.com
- 🟠 **AngiesList.com**: Redirected requests to angi.com

We pieced it together that Angie's List was now known as Angi, there isn't a public standalone site for Angie's List anymore, other than this endpoint that serves a redirect to angi.com behind the angieslist.com domain.

At angi.com she canceled the membership associated with her email address with a simple button click in the "*Manage Membership*" section.



[Fig 9.12.1]

### ( 🟠 📌 ) 9/12 8:20am - Angi Key Membership Cancellation Confirmation

Tammy received an email from book.angi.com that an Angi Key Membership had been cancelled.



[Fig 9.12.2]

- 🟠 **Angi.com**: Your membership was successfully cancelled. Your benefits will last until September 11, 2026, unless your membership cost was refunded. If it was refunded, you will receive a separate email confirming the refund.

Thank you for choosing Angi

We are currently uncertain if this is the same "*Angi Key Membership*" that I learned about on September 10th from the HomeAdvisor Terms and Conditions and have been working to cancel.

### (🟠 🚩) 9/12 8:22am - Angi "Booking Plan" Cancellation

Tammy also received confirmation of her cancelled "*booking plan*", from the same book.angi.com subdomain.



[Fig 9.12.3]

- 🟠 All future bookings have been successfully cancelled, and no more bookings will be scheduled for this plan.

I asked Tammy if she knew what the future bookings cancellation email meant.

- 💬 Do you know what this means?
- 📌 No idea.

### ( 📌🟠 ) 9/12 8:40am - Tammy tries to cancel HomeAdvisor

- 📌 Tammy went to HomeAdvisor to attempt to cancel any membership in that system.

Tammy was not able to find a way to cancel at HomeAdvisor. Under Membership Details the site displayed a message that her membership benefits are still available until September 11, 2026, but it did not clearly indicate a "cancelled" or "inactive" status for the membership.



[Fig 9.12.4]

- 🟠 **HomeAdvisor**: Membership Benefits
  You save 20% on all Angi Services
  Unlimited access to 150+ protects
  Happiness Guarantee Coverage  Learn More

  Membership Details
  Membership Savings: $359.39
  Your benefits are still available to you until September 11, 2026.

It did not seem to indicate whether or not the HomeAdvisor membership was cancelled.

We remained uncertain if angi.com and homeadvisor.com had separate or additional memberships that needed to be cancelled, or if they shared the same "Angi Key Membership".

Tammy and I had this conversation that evening:

- 🔎 Are you confident that Angi will no longer charge the debit card?
- 📌 No.

And so I resolved to continue to seek a resolution with Angi support to obtain written confirmation that any Angi memberships and billing charges would stop, across all products.

I concluded at this time that I had purchased a product that was not as described – a subscription service that could not be easily cancelled – and that this was grounds for a chargeback dispute.

(  ) **9/12 12:08pm - Response from Angi**

A response from Angi was delivered at this point in the timeline, observed and recorded the next day **(9/13 11:30pm)**.

## 📅 **Sat, Sept 13**
—

( 🟠 🌀 ) **9/13 11:30pm - Angi Reply on FB thread**

I now see a public reply on my FB comment from the Angi brand account on my original comment. It is the only reply to my comment that appears with the default "*Most Relevant*" filter.



[Fig 9.13.4]

- 🟠 **Support**: Hi Marcus, please send us a direct message with the contact info associated with your account and additional details so we can escalate this issue to the correct team. -SP

**Note**: this message was delivered on September 12, 12:08pm.

Now when I choose the "*All Comme*nts", both replies appear beneath my request.



[Fig 9.13.5]

( 🔵⚪ ) **9/13 11:33pm - Public reply to Angi**

I replied to the request from Angi for another support DM conversation. I let them know I already have a private DM going with Customer Help Service. This message confirmed to Angi what could already be observed in the public thread: that I had been interacting with the Customer Help Service since September 10th.



[Fig 9.13.6]

- 🔵 @Angi I have already been in a private DM with your "Customer Help Service" since September 10th. I have provided my full name and email and am still awaiting a written confirmation of my cancellation. Please advise your teams to coordinate.

I intentionally used the phrase *"your Customer Help Service"* so that they could draw the inference that the account was impersonating them, and take action to remove it, or at least let me know proactively that it was an illegitimate account. I have no evidence that they drew this inference, but I certainly gave them the opportunity.

This notification provided Angi with ample opportunity to report the illegitimate account to Facebook.

**Note**: Angi would take no evident action to move the impersonator from their page. I would end up reporting the CHS to Facebook in a few days.

### ( 🔵🔴 ) 9/13 11:34pm - Followup DM with Customer Help Service

I sent a DM to Customer Help Service with a screenshot of the Facebook thread, restating my request for written confirmation that my membership has been cancelled.



[Fig 9.13.7]

- 🔂 I see your official Angi brand account has now commented on my public post. As I have stated here multiple times, I am still awaiting a written confirmation that my membership has been canceled. Please process this without further delay.

## 📆 Sun, Sept 14



## (🔴🔂) 9/14 3:43am - Customer Help Service response

CHS still wants my phone number.



[Fig 9.14.1]

-  **CHS**: Where is the reachable phone number?

**Note**: this 3:43am message was the last communication I received from Customer Help Service.

**( 🔴🔴 ) 9/14 5:55am - Final message to Customer Help Service**



[Fig 9.14.4]

- 🔴 I have explicitly stated, multiple times in writing, that this matter must be resolved in this chat. Your refusal to acknowledge my request and your continued insistence on a phone call is the final piece of evidence I need of your company's obstructive practices.

  You have my name and my email. You have had more than enough information and time to process this cancellation. Do not contact me again unless it is with a written confirmation of my cancellation. This matter is now being escalated to my financial institution and the appropriate US regulatory agencies.

**Note:** this was my last message to the Customer Help Service, and I never received a reply.

 **Mon, Sept 15**

—

( 🌐🔴 ) **9/15 8:51am - Return of the Post**

This morning I observed that the original Post that I commented on to request a working method to cancel is now visible toward the top of the Angi feed. This is the first time I have seen it in the Posts section since September 10th. (Screen Recording D)

There are now 3 👍 and 1 😡 on the Post.



[Fig 9.15.1]

A screen recording was captured to show the reappearance of the original Post, navigating to show that both the reply from Customer Help Service and the Angi brand account are still accessible together, and that the Customer Help Service remains accessible from the Angi Facebook page.

### 🔘 [SCREEN RECORDING D]

https://drive.google.com/file/d/1zWtBxQEtwnLx27pfmgAAKxA1WYXbKpxo/view?usp=drivesdk

The following are true as of this morning:

1. The only communication I have received from the Angi brand account is the public reply (Fig 9.13.4) to my original comment (Fig 9.10.11).

2. Angi has not provided me with a working method to cancel since I requested one on September 10th.

3. Customer Help Service now has 0 friends, but is still requesting to be my friend. I have not accepted it.



[Fig 9.15.2]

**( 🔍🟠 ) 9/15 9:45am - Path to Cancellation Steps Discovered**

This morning I finally figured out how to get more information about how to cancel an Angi Key Membership entering through homeadvisor.com. You can navigate to the Footer, then expand the "*About Us*" panel, then choose "*Contact Us*", contact page is loaded, then find the "*View FAQ*" button, which will take you to another page where you can scroll down and expand a panel titled "*How Do I Cancel My Angi Key Membership*", and the panel expands with the next steps.

---

**How do I cancel my Angi Key Membership?**  ⌃

Cancel your Angi Key Membership following the steps below:

- Web: Log in to your account **here** and scroll to click "Manage Membership"
- Contact **(866) 623-6088** or start a live chat by clicking the chat icon in our **Help Center**

If you cancel before your next renewal, you will continue to have access to Angi Key benefits until the next payment date. If your membership has automatically renewed and you wish to cancel and request a refund, you may do so within 60 days of renewing by contacting **(888) 820-2644** or visiting our **Help Center** to chat with support. *Last Updated July 26, 2024*

---

[Fig 9.15.3]

- 🟠 **Angi.com**: Cancel your Angi Key Membership following the steps below:
  - Web: Log in to your account **here** and scroll to click "Manage Membership"
  - Contact **(866) 623-6088** or start a live chat by clicking the chat icon in our **Help Center**

  If you cancel before your next renewal, you will continue to have access to Angi Key benefits until the next payment date. If your membership has automatically renewed and you wish to cancel and request a refund, you may do so within 60 days of renewing by contacting **(888) 820-2644** or visiting our **Help Center** to chat with support. Last Updated July 26, 2024

🔵 **[SCREEN RECORDING E]**

https://drive.google.com/file/d/1IMANnC-qwMg6kq9--i1mK_cZpkbzTZal/view?usp=drivesdk

This FAQ panel contains some additional links:
- The "here" link goes to https://my.angi.com/account/settings
- The "Help Center" link goes to https://angi.my.site.com/servicesdirect/s/

I may have tried some of these steps next had I located this information through the site before reaching out on Facebook, or if I had been provided this information by Angi support at any point.

However, since I already had a conversation requested from Angi support, I did not proceed with any of these other options at this point in time.

## 🗓️ Thu, Sept 18

(  ) **9/18 - Debit Purchase Return**
I received a return for +$29.99 from Homeadvisorindianapolisin



[Fig 9.18.2]

- 🏦 **US Bank**: +$29.99 Debit Purchase Return - Visa Pay * Homeadvisorindianapolisin 09/10 Card 2667

**Note**: I would detect this debit purchase return over the upcoming weekend, after my engagement with Angi. I later inserted this entry into the timeline based on the transaction date reported by US Bank: 09/18/2025.

**Note**: At this time I had unintentionally set myself up for a "double recovery", where I would potentially stand to collect two $29.99 credits, one from the return from Angi and one from the provisional credit, something I had no interest in doing. I would be

required to cancel one of them, and I would withdraw the chargeback dispute with my bank to accept only the $29.99 refund from Angi. I would use the chargeback withdrawal opportunity to correct the record of my other known previous misstatements.

##  Fri, Sept 19

—

### ( 🌀🟠 ) 9/19 5:25am - Direct Message to Angi Brand

I want to give Angi one more opportunity to clear this up, and supply them with information they may need to resolve the issue and coordinate their support efforts.



[Fig 9.19.1]

- 🌀 I am following up on your public comment on September 13th requesting that I contact you via DM.

  On September 10, I was billed $29.99 by homeadvisorhandy.com on my debit card ending in 2667. My attempts to cancel this charge via homeadvisor.com (where I was deceptively funneled into creating a new account during the login process) and your phone system (1-888-811-2644) were unsuccessful due to a lack of options and repeated disconnections. My wife canceled her Angi Key Membership

on September 12th by entering through angieslist.com, which used our same card ending in 2667. However, I am not confident at this point that any or all of our memberships are cancelled, or that my card ending in 2667 will no longer be billed by the company.

I require the following:

A refund of the $29.99 charge due to the obstructive practices I faced.

Written confirmation that my debit card (ending 2667) has been entirely removed from all Angi/HomeAdvisor/Angie's List systems and will not be billed again.

Furthermore, please clarify the identity of the Facebook account named "Customer Help Service". The account's visible profile link is https://www.facebook.com/customer.help.service.671498 which is associated with a link to https://www.facebook.com/share/1CrBq3m3RU/

This account engaged with me from Sept 10 to Sept 14, requesting my WhatsApp information and insisting on phone calls while refusing written confirmation. Is this an authorized representative or vendor for Angi? I am still in a direct message channel with Customer Help Service, I am ignoring a pending friend request from them. The Customer Help Service is currently in the public conversation thread, visible when the "All Comments" visibility option is selected.

Please provide this resolution and clarification here, or to my email, in writing.

Name: Stephen Marcus Litchfield

Email: marclitchfield@gmail.com

## (🟠 9) 9/19 10:28am - Angi's Single Reply: CHS Is Not Us, Is Your Account Under Your Wife's Name or Another Email Address?

I received a reply from Angi. They indicated that they would issue a refund, and that they needed my wife's email address to look up the account, since the membership was indeed associated with her email address.



[Fig 9.19.2]

- 🟠 **Support**: Hi Marcus, Thank you for reaching out and providing this information. We apologize for the difficulties cancelling your membership and any frustrations this caused.

  The Facebook page for Customer Help Service is not associated with Angi and does not appear to be a legitimate entity. We would advise against any further engagement with that page, and refrain from providing any personal information.

  We were not able to locate a membership associated with your name or the email address provided. Is it possible the membership is under your wife's name, or another email address? Please provide another email address or phone number, or your wife's name, so that we can locate your membership in our system and get a refund processed. -Angi Support

They have asserted that the Customer Help Service "*page*" is not associated with Angi, but I take this to refer to the "*profile*" or "*account*". I will provide Angi with clarification. This account did not "*appear*" to be legitimate to me either, so combined with Angi's confirmation that it appears illegitimate and is not associated with them, I believe it is safe to consider the Customer Help Service to be an illegitimate entity.

**Note**: this would be the first and last direct message I would receive from Angi Support. They would not reply to my next message.

**Note**: it appears that the $29.99 refund had already been issued at this point, based on my records.

**( 🌓 ) 9/19 4:33pm - Provide Angi with Tammy's Info, Reasserted Customer Help Service Accessibility**

I attempted to correct their inaccurate usage of the term "*Page*", and I gave them a link to a screen recording (Screen Recording F) so they could see that the Customer Help Service was still accessible from their page. I also provided Tammy's info as requested.



[Fig 9.19.3]

- 🌓 I have ceased all communication and interactions with the Customer Help Service account. I provided the account with my full name and email address, but I was extremely hesitant to provide any additional information requested because I was uncertain of the account's legitimacy. To be clear, this illegitimate entity you claim is not associated with Angi remains accessible in the comment thread where I posted my original question, right now.

  You referred to the "Customer Help Service" as a page. This is incorrect. The "Customer Help Service" that I have been interacting with is not a page, it is a Facebook Account that is currently present on your Angi brand Facebook Page. I sought assistance by commenting on the latest post on the Angi page, and the

Customer Help Service replied to my comment later that day, identifying themselves as "Angi" in our initial communication.

The "Most Relevant" filter must be changed to "All Comments" before expanding the thread in order to see the replies on your page from the "Customer Help Service" account. The following is a link to a screen recording captured immediately before sending this message to demonstrate how to view the account that is currently visible on the Angi page.

https://drive.google.com/file/d/1gmIiS8IRimBS8wuXNyyxspdUHnI757HV/view?usp=drivesdk

For the membership charge issue, yes, my wife signed up for a membership about 3 years ago under her email address using my debit card, ending 2667. My name is on the card, but she is an authorized user.

Name: Tammy Litchfield
Email: tenamyw@gmail.com
Card Ending: 2667

Thank you

This is the recording I delivered to Angi:

### 📁 [SCREEN RECORDING F]

*https://drive.google.com/file/d/1gmIiS8IRimBS8wuXNyyxspdUHnI757HV/view?usp=drivesdk*

**Note**: Angi would never reply to this message. They sent one message asking for my wife's email to look up the account and indicated they would issue a refund, but they disengaged and never responded after I provided the requested information.

**Note**: I would later discover our membership was created over 5 years ago, in 2020, not "*about 3 years ago*".


### ( 🔍 🌐 ) 9/19 5:08pm - Reported Customer Help Service Account to Facebook

I have mentioned the Customer Help Service to Angi multiple times. I first informed them about the Customer Help Service on September 13, over 5 days ago. I have provided Angi with a clear recording of how to navigate to the Customer Help Service account on their page. I have made my best effort to enable Angi to remove the Customer Help Service from their brand page, and yet it remains accessible from the Angi brand page. It is after business hours on Friday.

I have observed the Customer Help Service make multiple friends since September 10th. Since it issued a friend request to me as it initiated our engagement, I assume this is part of its pattern, and that the nature of my interaction with it was not an isolated experience.

At this time I believe that the correct action is to report the account to Facebook, since I have confirmation from Angi that the account is illegitimate and not associated with them, and the effect of any actions taken by anyone as of 5:05pm today is that the Customer Help Service remains accessible from the Angi Facebook page where Angi's visitors and customers can interact with it.

- ⑤ I initiated the process of reporting the Customer Help Service to Facebook.



[Fig 9.19.4]

[Fig 9.19.5]

- ⊕ **FB:** What do you want to report?
- ⑤ Scam, Fraud, or False Information

- ○ **Rationale**: "*Fake Profile*" was also an applicable option, but since the account identified as Angi, and Angi claims the account is not associated with them, I considered "Fraud and False Information" to be more precise.
- 🌐 **FB**: Which best describes the problem
- 🍐 Fraud or Scam
    - ○ **Rationale**: Impersonating Angi support, collecting soliciting names, email addresses, and issuing demands for WhatsApp and phone numbers is a Fraud or a Scam, not simply "False Information".
- 🌐 **FB**: You're about to submit a report
- 🍐 (submitted)

##  Sat, Sept 20

—

### ( 🍐🟠 ) 9/20 9:50am - New Redirect Behavior Discovered

Our original conversation thread is now inaccessible to me from the Angi page using the sequence from Screen Recording F. The Reel has new behavior:

- 🟠 **Reel**: On my device, attempting to navigate to our thread via the Reel now results in a redirect to a different reel.

### 📱 [SCREEN RECORDING G]

https://drive.google.com/file/d/1MTFKQ0CuWAlhdqTy5YmpUdCiuwO2AY4y/view?usp=drivesdk

The thread is still accessible via the direct Reel link, and so the conversation remains accessible, but at this time I have not discovered a way to navigate to our conversation thread from the Angi brand page on my phone.

### ( 📍🟠 ) 9/20 11:16am - Tammy Does Not Get Redirected

- 🟠 **Reel**: Tammy checked on her iPhone and observed that she *was* able to access the Customer Help Service through the Angi page. It did not redirect her. The redirect behavior does not happen in all situations.

### ( 🍐🟠 ) 9/20 3:10pm - Tablet Does Not Get Redirected Either

- 🟠 **Reel**: From my Android tablet I was not redirected, and the Customer Help Service *was* accessible from the Angi home page.

This recording demonstrates that the Customer Help Service Remains accessible (on some devices)

### 💬 **[SCREEN RECORDING H]**

https://drive.google.com/file/d/1BBRB32xkobJxH53FWBc1HhvzJnqonNAu/view?usp=drive sdk

Now we can assert with confidence: it is *sometimes* possible to navigate from the Angi Page to the Customer Help Service, where users can interact with this account that Angi asserts is illegitimate and not associated with Angi.

- 🔴 My Android Phone: Cannot access CHS, redirected to alternate content
- ✅ My Android Tablet: Can access CHS
- ✅ Tammy's iPhone: Can access CHS

The Customer Help Service is currently accessible from the Angi page, under some conditions.

## 🗓️ **Sun, Sept 21**

—

### (🌐 6 ) **9/21 7:32am - Facebook reports removal of Customer Help Service**

This morning I received a notification that Facebook had removed Customer Help Service subsequent to my reporting the account to them as Fraud or Scam.



[Fig 9.21.1]

- 🌐 **Facebook**: We removed the profile you reported

  We reviewed the profile and found that it goes against our Community Standards.

  We let Customer Help Service know that their profile has been removed, but not who reported it.

  Thanks again for letting us know. Reports like yours help keep Facebook safe and welcoming for everyone.

**( 🌀 🌐 ) 9/21 10:19am - Verified Customer Help Service Removal**

In Messenger, the Customer Help Service now shows as being unavailable, and the profile image is gone.



[Fig 9.21.2]

- 🌐 **Facebook**: This person is unavailable on Messenger

The Customer Help Service has been removed. I can no longer see its comments or navigate to its profile link directly.

In the thread, going forward it will appear to others as if the official Angi brand responded directly to my request.



[Fig 9.21.3]

Now, the only remaining public evidence of the Customer Help Service is a single, nameless "😵".



[Fig 9.21.4]

## 📝 Mon, Sep 22

—

Tammy found the original welcome email from HomeAdvisor, from January 6th, 2020. So it was actually from over 5 years ago, before the spread of Covid, that we have a record of signing up for HomeAdvisor.





[Fig 9.22.1]

## 📆 Fri, Oct 3

—

**( 📌 🟠 ) 10/3 ~5:00pm -  Tammy discovers that my card cannot be deleted**

Tammy attempted to remove my card through Angi.com, but there was no evident way to remove it. She could only update it to a new, valid card. She tried saving the blank form, and she tried entering invalid card information, but she was unable to remove my debit card from Angi's system.



[Fig 10.3.1]

**Note**: This user experience denies the user the choice to remove their own payment information from the system, and amounts to forced data retention.

I have been unable to remove my debit card information from Angi's system via any means. Angi is now holding my financial information against my will, and I must now act to compel them to remove it from their systems.

- 📌 That's ridiculous, that seem so wrong! Why would they build it that way?
- 👀 mm hmm.

The following recording from Tammy's iPhone demonstrates the forced data retention user experience she discovered:

### 💽 [SCREEN RECORDING I]
https://drive.google.com/file/d/1ufewy7wE4ao7LOqx4CDPJba5sXaipSYo/view?usp=drivesdk

 **Mon, Oct 6**

**( 🔵🟠 ) 10/16 7:53pm - Email formal demand to Angi**

Now I will formally demand that Angi remove my financial data from their system.

I sent the following email to Angi, to the attention of their Chief Legal Officer, Shannon Shaw, including Investor Relations (IR) and Media Relations. I BCC'ed Michel Andrews at the Oregon DOJ and referenced OR DOJ FF7819-25 in the subject.

- 🔵 To: shannon.shaw@angi.com; ir@angi.com; mediarelations@angi.com
  Bcc: Michelle.Andrews@doj.oregon.gov
  Subject: FORMAL DEMAND FOR DATA DELETION AND NOTICE OF EVIDENCE
  PRESERVATION – Ref: CFPB 251013-24920571; SEC 17597-937-502-732; OR DOJ
  FF7819-25



[Fig 10.16.11]

- 🔵 **Attention: Shannon Shaw, Chief Legal Officer, Angi Inc.**

This communication serves as a formal demand for the immediate and permanent deletion of sensitive financial data currently retained by Angi Inc. (including HomeAdvisor, Angie's List, and all subsidiaries).

## I. Background

All services associated with the relevant account (registered under email: tenamyw@gmail.com) were canceled on September 12, 2025. The business relationship has been terminated. Angi Inc. has no ongoing operational need or legal basis for the continued retention of the associated payment information.

## II. Violation: Forced Retention of Financial Data

As documented in pending regulatory filings (CFPB Case 251013-24920571; SEC TCR 17597-937-502-732; OR DOJ FF7819-25; CO AG C-000050111), Angi Inc. is forcibly retaining the following sensitive financial information against the express will of the data owner:

**Debit Card Ending:** 2667

**Cardholder Name:** Stephen Marcus Litchfield

As evidenced in the forensic timeline provided to the above agencies (specifically Screen Recording I, captured October 3, 2025), your platform is systemically designed to prevent consumers from deleting their payment information post-cancellation. The interface rejects attempts to remove the data, allowing only for its replacement.

## III. Demand and Deadline

You are hereby demanded to take the following actions:

Immediately and permanently delete the debit card ending in 2667 from all Angi Inc. databases, systems, and records.

Provide written confirmation to this email address (marclitchfield@gmail.com) that the data has been purged.

You have ten (10) business days from the date of this email to comply. The deadline for confirmation is **5:00 PM Pacific Time on October 31, 2025**.

## IV. NOTICE OF EVIDENCE PRESERVATION

Please be advised that this matter, and the systemic business practices documented in the associated forensic timeline, are the subject of ongoing regulatory review and anticipated litigation. Angi Inc. and its agents are hereby instructed to preserve and prevent the destruction, alteration, or spoliation of all

documents, data, and electronically stored information (ESI) potentially relevant to this matter.

This duty to preserve includes, but is not limited to:

**Account Data:** All records related to the accounts of Stephen Marcus Litchfield and Tammy Litchfield, including registration details, usage logs, cancellation attempts, payment history, and all stored payment information.

**Customer Interactions:** All records of cancellation attempts, customer support interactions (including phone logs for 1-888-811-2644 and social media DMs), and chargeback notices related to these accounts.

**Internal Communications:** All emails, memos, reports, instant messages (e.g., Slack/Teams), and meeting minutes discussing the documented practices, specifically:

- ○ Data retention policies regarding consumer financial information post-cancellation.
- ○ The design and functionality of the HomeAdvisor.com "Log In" registration funnel (documented in Screen Recording A).
- ○ Cancellation workflows, phone system configurations, and customer support protocols related to the "Angi Key Membership."

**Technical Documentation:** Design documents, source code repositories, A/B testing results, and internal analyses related to the user interfaces for payment management, login, registration, and cancellation workflows.

You must suspend all routine document deletion or data destruction policies that may affect this information immediately.

Sincerely,

Stephen Marcus Litchfield

marclitchfield@gmail.com

##  Mon, Oct 20

---

**( 🔍🟠 ) 10/20 1:33pm - HomeAdvisor 2020 Terms of Service Inaccessible from Welcome Email**

I wanted to locate the original Terms of Service that Tammy presumably accepted for us back in 2020 from when we joined HomeAdvisor, at a time when X was called Twitter,

and Google+ existed. Tammy had previously forwarded the Welcome email from HomeAdvisor (Fig 9.19.5), which was the only email she received that indicated a new membership had been created. I located links to the Terms & Conditions and the Privacy Policy in the email footer and selected them.

Both links direct to an invalid subdomain: ce.homeadvisor.com.



[Fig 10.20.4]

Both links fail to resolve to valid locations, responding with NXDOMAIN errors in Chrome.



[Fig 10.20.5]

- 🟠 **HomeAdvisor**: Terms & Conditions link:
  https://ce.homeadvisor.com/pub/cc?_ri_=X0Gzc2X%3DYQpglLjHJlYQGrouB8NiTzdR
  pIUJzcCAttw83vzfBXzeCG2dGBrnfMGqORIuyzaY572yzaAsTzf8r89tDgzazdqsVXtpK
  X%3DCSUUDCAY&_ei_=EiAY55VOhlPtXelE_eQhe_rd66Joq6XijakgoLmKnG0YNeo_1
  5CbcmcJxpzBKh2OEwKsiRlX98JjfazqpmMBlmoy1lTzrCBwM4ensbw3f6sbIWUnTO
  kwwFKhwUs1n_xhuuSD-08-mhRY.
    - ✖ DNS_PROBE_FINISHED_NXDOMAIN

- 🟠 **HomeAdvisor**: Privacy Policy link:
  https://ce.homeadvisor.com/pub/cc?_ri_=X0Gzc2X%3DYQpglLjHJlYQGrouB8NiTzdR
  pIUJzcCAttw83vzfBXzeCG2dGBrnfMGqORIuyzaY572yzaAsTzf8r89tDgzazdqsVXtpK
  X%3DCSUUDCCY&_ei_=EiAY55VOhlPtXelE_eQhe_rd66Joq6XijakgoLmKnG0YNeo_15
  CbcmcJxpzBKh2OEwKsiRlX98JjfazqpmMBlmoy1lTzrCBwM4ensbw3f6sbIWUnTOk
  wwFKhwUs1n_xhuuSD-08-mhRY.
  - ❌ DNS_PROBE_FINISHED_NXDOMAIN

💻 **[SCREEN RECORDING L]**
https://drive.google.com/file/d/1gE4KqimcVzCGlG0NTzSaVO6veQKW-2kf/view?usp=drives
dk

I will need to find another way to locate the original Terms and Conditions that were
accepted. I need to determine what if any arbitration clause may be present.

## 📑 Wed, Oct 22
—

**( 🔍🟠 ) 10/22 7:04am - Confirm Forced Data Retention Violation Is Still In Effect**
I recorded a fresh screen recording to verify that Angi is still holding my financial data
against my will. I will post this recording to X in a few minutes.



[Fig 10.22.2]

💻 **[SCREEN RECORDING M]**
https://drive.google.com/file/d/1UXD421Y_Yl4OeJ9cJkL9svUlDvPQN-Ih/view?usp=drivesdk

I narrated this video:

- 🔴 "Alright I'm signed in under Tammy's account here. I'll go to 'Manage Account'... and, I'm going to pause the video here –[cut]– and then resume after I've scrolled down. I do that because I don't want to show our home address or email in this video.

  And, notice how I can 'Update payment information', but I can't remove it. Right? I can 'Cancel', I can do 'Save', and I've tried typing in invalid numbers in there. So they are holding my debit card information in there, against my will. I've asked them to remove it, and they have not."

### ( 🔴 🌐) 10/24 11:36am - Narrated Video of Deceptive Registration Funnel

I recorded a narrated video of the Deceptive Registration Funnel, currently operational at homeadvisor.com.

### 💬 [SCREEN RECORDING N]

https://drive.google.com/file/d/1xV-vfiv0mqe7iKpqY2EdTHeDlw0LgoZy/view?usp=drivesdk

- 🔴 "This is a demonstration of the Deceptive Registration Funnel currently available at homeadvisor.com. It is Friday, October 24th. I navigate to 'Log In' and I supply a new email that I have never supplied before on this site. (pause) I'm going to check my email. And, there's a code (copied the code). I'll supply this into the site (pasted the code). It asks me to "complete" my account, which I originally took to mean "I am completing my existing account, and I am accepting updated terms. (supplied first name of "First Time User"). And it says "Welcome back, First Time User", which solidifies the belief that you are returning to your existing account. A 'Deceptive Registration Funnel'."

## 📑 Sat, Oct 25

—

### ( 🔴 🔴) 10/27 1:11pm - The Litchenfield Deflection

I received an email from Angi's Director/Sr. Corporate Counsel, Jaime Padgett with the subject "*Data Request to Angi*":



[Fig 10.27.5]

- 🟠 **Legal**: Mr. Litchfield,

  I am in-house counsel at Angi, Inc. and recently in request of your Data Subject Access Request seeking deletion of your and another individual's data, namely, Tammy Litchenfield's data. Please note we have investigated your concerns. We possess no such information under any account in your name.

  Under the law, individuals are not permitted to exercise the data rights of other individuals, absent proof of their status as an appointed representative. As such, I kindly ask that Tammy Litchenfield subject a request to PrivacyOfficer@angi.com to exercise any privacy rights on her account.

  You can learn more about privacy rights at our privacy policy here.

  Thank you,

  Jaime Padgett
  Director/Sr. Corporate Counsel

**Analysis:**
The assertion that Angi possesses no such information under any account in my name is verifiably false:

- I was registered on September 10th under the email address marclitchfield@gmail.com, using my name: Stephen Litchfield, as part of the Log In workflow (the Deceptive Registration Funnel)
- My name is on the debit card they billed: 2667. It is my card, Tammy is an authorized user.

Furthermore, Tammy's last name is "Litchfield", not "Litchenfield". It is the same as mine, spelled L-I-T-C-H-F-I-E-L-D. I will need to correct any factual inaccuracies Angi has asserted.

Both Tammy and I are Data Subjects within Angi's systems, and as long as we are properly authorized to do so, we each have an individual right to instruct the removal of our personal and financial information from their systems (within the limits stated by law).

Although I informed Angi on multiple previous occasions that the membership was under Tammy's account, they did not act to enable me to manage my own data. Tammy and I will need to establish our proper authorization as Data Subjects to neutralize Angi's procedural issue and reassert adherence to the Friday deadline for Angi to remove our data.

Furthermore, Tammy will need to formally delegate authority to me, to prevent a technique of implying that I do not have standing to manage my own financial information in their system.

**Planned neutralization:**

1. Tammy will establish herself as Data Subject, instructs removal, delegate access to me, and instruct no further contact from Angi

2. I will then acknowledge Tammy's delegation to me, correct Angi's factual misstatements, reassert that the existing formal demand and deadline stand, and declare the procedural issue neutralized.

We will BCC law enforcement to put this in the record in real-time:

1. OR DOJ FF7819-25 will be referenced in the email subjects, and Ms. Andrews will be BCC'ed on communications from both Tammy and I, to ensure the Oregon DOJ is informed.

2. CO AG C-000050111 will also be referenced in the email subjects, and complaints@coag.gov will be BCC'ed on communications to ensure the Colorado AG is informed.

This ensures that law enforcement in both of our states are informed, that Angi's legal counsel is informed of the existence of the cases, and that all information is tracked with . Tammy and I each assert our individual rights as Data Subjects, reassert removal, correct factual misstatements, we delegate complete control of both accounts to me, we instruct Angi to make no further contact with Tammy. The procedural issue will be neutralized and we will hold Angi to the original Friday deadline for removal of our data.

### ( 📍🟠) 10/27 5:54pm - Tammy sends formal exercise of Data Subject rights

Tammy exercised her rights, CC Angi's legal counsel, Investor and Media relations, and myself, BCC OR & CO AGs (AsG?), as planned.



[Fig 10.27.6]

- 📍 **To**: PrivacyOfficer@angi.com

    **Cc**: jaime.padgett@angi.com; shannon.shaw@angi.com; ir@angi.com; mediarelations@angi.com; marclitchfield@gmail.com

    **Bcc**: Michelle.Andrews@doj.oregon.gov; complaints@coag.gov

    **Subject**: FORMAL EXERCISE OF DATA SUBJECT RIGHTS AND DESIGNATION OF REPRESENTATIVE (OR DOJ FF7819-25; CO AG C-000050111)

    To Whom It May Concern:

    This email serves as a formal exercise of my rights as a data subject regarding the Angi, Inc. account associated with this email address (tenamyw@gmail.com).

    This correspondence is in reference to the ongoing matter concerning the deletion of all personal and financial data associated with my account, a process initiated via a Data Subject Access Request.

Please be advised of the following two points:

1. **Demand for Data Deletion**: I hereby formally and unequivocally demand the immediate and permanent deletion of all data associated with my account from all Angi, Inc. systems, databases, and records. This includes, but is not limited to, my personal information, account history, and the associated payment method on file (Debit Card ending in 2667, Cardholder: Stephen Marcus Litchfield).

2. **Designation of Authorized Representative**: I hereby formally and irrevocably appoint Stephen Marcus Litchfield (marclitchfield@gmail.com) as my sole and exclusive authorized representative for all matters related to this data request and any associated issues. You are instructed to direct all future communications regarding this matter exclusively to him. You are not authorized to contact me directly regarding this matter from this point forward. Please process these directives without delay.

Sincerely,
Tammy Litchfield



[Fig 10.27.7]

**Technical Note**: I think Tammy may have inadvertently delivered this email with an HTML mime type, but with a plaintext body, which would explain why there are no visible newlines. It's fine, the information is all there.

**( 🌀🟠 ) 10/27 7:20pm - I respond to Angi Legal Counsel**

Now that Tammy has fully authorized me and exercised her rights as a Data Subject, I will reassert my rights and instructions, and correct the factual inaccuracies made by Angi.



[Fig 10.27.8]

- 🌀 **To**: jaime.padgett@angi.com
  **Cc**: PrivacyOfficer@angi.com; shannon.shaw@angi.com; ir@angi.com; mediarelations@angi.com
  **Bcc**: Michelle.Andrews@doj.oregon.gov; complaints@coag.gov

  **Subject**: Re: Your Data Subject Access Request (OR DOJ FF7819-25; CO AG C-000050111)

  Ms. Padgett,
  Thank you for your email of October 27, 2025. This is to confirm that the procedural requirement for proof of status as an appointed representative has been satisfied.

The data subject, Tammy Litchfield, has provided her formal authorization and directives to the Angi Privacy Officer via separate correspondence, on which you were copied.

For the purpose of ensuring an accurate record, your statement that Angi possesses "no such information under any account in your name" is factually incorrect. Your systems are, in fact, processing and storing my personal information, namely my full name as cardholder and my debit card details (Cardholder: Stephen Marcus Litchfield; Debit Card ending in 2667).

This is documented in the forensic timeline provided to your company and to multiple regulatory agencies.

As I am a data subject whose personal information you are processing, my formal demand for the deletion of this specific data, sent to your Chief Legal Officer on October 16, 2025, was and remains valid.

This correspondence resolves your procedural inquiry.

The deadline for Angi, Inc.'s compliance with the October 16 demand remains 5:00 PM Pacific Time on October 31, 2025.

Regards,
Stephen Marcus Litchfield


Angi's procedural issue has been neutralized, and the Halloween deadline stands.

## ☁ Tue, Oct 28
___

### (  ) 10/28 9:48am - Angi responds: request simultaneously completed and "denied in part"

I received a response from Angi this morning. It looks like the pincer worked fine. They assert they have completed our request, but they say the request has been "*complied in part and denied in part*"



[Fig 10.28.1]

- 🟠 Subject: Your request to delete information at Angi has been **completed**

Hello,

We are contacting you regarding your request to delete your personal information that you submitted on October 28, 2025 to Angi Inc., ("Angi") under the California Consumer Privacy Act ("CCPA"). Angi takes seriously our obligation to comply with the CCPA and to protect and use your information responsibly and adhere to industry recognized security standards and frameworks to protect your personal information.

When we received your request and verified your identity, we promptly processed it accordingly and your request was complied in part and **denied** in part, as authorized by the CCPA.

Under the CCPA, there are some types of personal information which we are permitted to retain after deletion is requested. Please be assured we will only retain personal information as permitted by the CCPA, such as to comply with legal obligations, including if we are compelled to maintain information for litigation or other legal purposes, tax reporting, financial regulations, etc.

After receiving a deletion request, Angi limits its processing of your personal information for these purposes and restricts access to any retained personal information accordingly. The personal information that we have retained about you to support these purposes are:

- Account information (i.e. name, email address, phone number, member ID, and physical addresses)
- Transactional information (i.e. service requests, date of requests, and details of requests)
- Communications (i.e. disputes/resolutions, and communications related to your requests)

For additional information regarding our data practices and your choices please refer to our Privacy Policy. If you have any additional questions or if you would like to submit a request to disable and delete your Angi account, you may contact us at privacyofficer@angi.com. Please note that once your Angi account is deleted, we will not be able to recover your account information. You will also lose access to information related to your prior service requests. Pursuant to Reg. §§999.313(d)(5) and 999.317(b), we will maintain records of your CCPA requests and related correspondence to ensure your personal information remains deleted from our records and for record keeping purposes for at least 24 months.

Thank you for contacting us.

Sincerely,
Angi Inc.

**Note**: This message was delivered from the noreply@angi.com address, signed "Angi, Inc.", so I cannot tell where from within Angi this message came from.

### ( 🔴 🔵 ) 10/28 9:52am - Service Desk Responds that the request is "resolved"



[Fig 10.28.2]

- 🟠 **Service Desk:** Subject: INC-2549943: Ticket Resolved - Data Request: CCPA Delete Data

  Dear Marclitchfield,

  SA-Fresh Service has indicated that your ticket is Resolved.

  If you believe that the ticket has not been resolved, please reply to this email to automatically reopen the ticket.

  If there is no response from you, we will assume that the ticket has been resolved and the ticket will be automatically closed after 48 hours.

  Thank you,
  Help@Angi
  https://help.angi.com/helpdesk/tickets/2549943

**Technical Note:** The helpdesk ticket URL is secured by an Okta login. I tried Tammy's credentials, and attempted a password reset to see it, but it does not appear to be accessible to us.

## ( 🔎🟠 ) 10/28 8:40pm - Data has not been deleted
I was able to access my card ending 2667 in the Payment Method section after logging in with Tammy's email address.

- 🟠 **Angi.com:** The account settings page shows the following information:
    - Tammy's last name (Litchfield)
    - Tammy's email address
    - Tammy's phone number
    - Our Home Address
    - My card info: Visa **** 2667



[10.28.3]

Video demonstration that the last 4 digits of my card are retrievable from Tammy's account at my.angi.com

🔵 **[SCREEN RECORDING P]**

https://drive.google.com/file/d/1lflhFSM-u916ahJXVQPt_cAQC5s5YFhp/view?usp=drivesdk

The payment method for my card was not removed from Tammy's account. Angi provided false information when they asserted the request was completed and resolved.

( 🌀🟠 ) **10/28 8:53pm - Cannot Log In to HomeAdvisor account**

I now receive an error when I attempt to sign in to my HomeAdvisor account that was originally set up under the deceptive registration funnel.

- 🌀 Navigated to homeadvisor.com and attempted to login under my marclitchfield@gmail.com address



[Fig 10 28.4]

- 🟠 **HomeAdvisor.com**: ❌ Uh-Oh
  An error occurred while logging you in to your account. Please go back to the login page and try again.

This video demonstrates that my account, originally registered with the deceptive login funnel on September 10th, is no longer accessible to me. It just has my name in it; no payment method was ever added to this account.

💬 **[SCREEN RECORDING Q]**

https://drive.google.com/file/d/1qaT-YwEUgp-9uy232eDQg0rbRP79RHQ3/view?usp=drivesdk

( 🎤🟠 ) **10/28 10:01pm - Respond to confirm Support Ticket not resolved**

I notified Angi that the data deletion request for ticket INC-2549943 is NOT resolved.



[Fig 10.28.5]

- 🎤 This is to confirm that ticket INC-2549943 is not resolved.

Your email states that the request to delete my personal information has been completed. This is incorrect.

As of my verification on the evening of October 28, after receiving your notification, the debit card information ending in 2667 remains accessible in the account settings of the account under the email address tenamyw@gmail.com.

Because your company has failed to complete the request, I am replying to reopen this ticket as instructed. My formal demand for the complete and permanent deletion of this data, sent on October 16, remains in effect.

### (🌑🗣️) 10/28 11:14pm - Angi sends Tammy instructions to initiate a request

The next morning Tammy forwarded me an email that had been sent to her by Angi at 11:14pm with instructions to fill out a form (https://member.angieslist.com/app/account/privacy-request) to initiate a privacy request.



[Fig 10.28.6]

- 🌑 Hi,
  Thank you for reaching out.

  To initiate your request, please fill out the information in the following link: https://member.angieslist.com/app/account/privacy-request. Please note that prior to Angi processing your request, you are required to authenticate your email by confirming your identity via an email sent to the email address you provide.

For further information on your privacy rights, please review our Privacy Policy here: https://legal.angi.com/#contract-h1zrnbhtx.

I appreciate your time.

Best,

Jeanne
Angi

This email was delivered to Tammy after she instructed Angi to make no further contact.

**Note**: it is unclear to me what department or team within Angi "Jeanne" is associated with. The email came from "*Angi Home Owner*" (homeowner@angi.com)

The privacy request form at member.angi.com cites the CCPA and provides input fields for email and a choice to request deletion of personal information.



[Fig 10.28.7]

- 🟠 **Angi.com**: California Consumer Privacy Act
  As a consumer, you have a right to privacy and to access and manage your data in any way you choose.

  We need some information.
  You've requested access to your data on Angi. Please complete these fields to process your request.

I did not complete or submit this form, and have no intention of restarting this process.

Tammy received this email communication from Angi after issuing explicit instructions to "*direct all future communications regarding this matter exclusively to him. You are not authorized to contact me directly regarding this matter from this point forward*"

 **Thu, Oct 30**

—

**( 🌀🟠 ) 10/30 5:23am - Request for Comments for Seeking Alpha Article**

I have been working on an article for Seeking Alpha. I must give Angi an opportunity to respond to the substance of my article, before I publish it, and I need to include their response within the article when it is published. This is called the "no surprises rule" in professional journalism. Angi must be given sufficient time to respond, typically 2-3 days is sufficient, but for a complex set of inquiries like mine, a full 5 business days is likely more appropriate and reasonable. I will set a deadline of Wednesday, November 5th. I'll send this very early this morning, and so today will be included in the 5 days.



[Fig 10.30.1]

- 🌀 **To**: mediarelations@angi.com; ir@angi.com; shannon.shaw@angi.com; jaime.padgett@angi.com

  **Bcc**: michelle.andrews@doj.oregon.gov; complaints@coag.gov

  **Subject**: Request for Comment: Seeking Alpha Article on Angi Inc. Customer Practices and Data Retention Policies (Ref: OR DOJ FF7819-25; CO AG C-000050111)


  Dear Angi Inc. Media Relations and Legal Departments,

  My name is Stephen Marcus Litchfield.

  I am preparing an article for publication on the financial analysis platform Seeking Alpha. The article details a multi-week, firsthand investigation into certain user interface designs, business practices, and data retention policies related to Angi's "Angi Key Membership" and its HomeAdvisor.com and Angi.com platforms.

The findings are based on a contemporaneous record, including screenshots and screen recordings, compiled between September 10, 2025, and the present. In the interest of fair and accurate reporting, I am providing you with an opportunity to formally comment on the key findings that will be addressed in the article.

The article will discuss evidence that appears to document the following:

1. **Deceptive Registration Funnel**: Evidence indicates that the "Log In" process on HomeAdvisor.com funnels users into a new account registration workflow under misleading banners such as "Welcome Back!" and "complete your account". Can Angi comment on the design of this user flow and whether it has been analyzed for its potential to obstruct cancellation or inflate user acquisition metrics?

2. **Obstructive Cancellation Methods**: The investigation documented five separate, consecutive calls to Angi's official support number (1-888-811-2644) that were automatically disconnected without reaching an agent or a relevant menu option for cancellation. Additionally, cancellation instructions on the website were found to be located several layers deep within an FAQ page. Can Angi comment on the accessibility of its cancellation procedures?

3. **Negligence in Platform Moderation**: Evidence shows that an illegitimate entity impersonating Angi support ("Customer Help Service") engaged with a customer on Angi's official Facebook page. Angi was explicitly notified of this entity's presence on September 13, 2025, but the entity was not removed until after it was reported directly to Meta by the customer on September 19, 2025. What are Angi's policies regarding the moderation of its official social media channels to protect customers from fraudulent actors?

4. **Forced Retention of Financial Data**: This is a critical and ongoing issue. Following the successful cancellation of the service on September 12, 2025, and a refund on September 18, 2025, the associated debit card information remains in Angi's system. As of this writing, the user interface provides no mechanism to delete the payment method.

- A formal demand for the deletion of this data was sent to Angi's Chief Legal Officer on October 16, 2025.

- On October 28, 2025, Angi's Privacy Officer sent a communication stating the deletion request had been "completed," yet subsequent verification, documented via screen recording, confirmed the debit card information remains accessible within the account.

- Can Angi confirm its policy on the retention of customer payment information after the termination of all business relationships? Why does the platform prevent users from deleting their own financial data, and why

did the company state a deletion request was complete when the data remained in the system?

The article will also note that these findings form the basis of formal complaints filed with the SEC (TCR: 17597-937-502-732), the FTC (Report: 192792633), the CFPB (Case: 251013-24920571), the Oregon Department of Justice (File: FF7819-25), and the Colorado Attorney General (File: C-000050111).

Please provide any formal response for inclusion in the article to me at marclitchfield@gmail.com. To ensure your comments are included, please respond no later than 5:00 PM Pacific Time, Wednesday, November 5th.

If you choose not to comment, the article will state that Angi Inc. was offered the opportunity but did not provide a response by the deadline.

Thank you for your attention to this matter.

Sincerely,
Stephen Marcus Litchfield

## 📅 Fri, Oct 31

—

### ( 🌀🟠 ) 10/31 6:45pm - Narrated screen recording of Angi's failure to remove debit card 2667 from their system.

At 6:45pm – 1 hour and 45 minutes after the deadline had expired – I captured a screen recording that demonstrates that my debit card ending in 2667 remains retrievable from angi.com, and that Angi did not comply with my formal data deletion order.

### 💭 [SCREEN RECORDING R]



https://drive.google.com/file/d/1-E82JCRYvuqGk18KFBwanxqU8igbMtsu/view?usp=drivesdk

- 🌀 "It's Friday, October 31st, 6:45 PM. Let's find out if Angi has removed my financial information from their systems. I'll go to 'Manage Account', scroll down quickly ..... There it is, still in the system: 2667. I'll try to clear it out ... can't do it. It's still there! Angi has not complied with my formal order."

This will be submitted as video evidence that Angi has failed to comply with my formal data deletion order.



[Fig 10.31.1]

## (🟠 🔵) 11/4 2:45pm - Angi Attempts to Reframe Narrative, Intimidate SEC Whistleblower

I received this response to my request for comments:



[Fig 11.4.3]

- 🟠 **Legal**: Hi, Mr. Litchfield,

    Thank you for your follow up questions. While we do not wish to comment on your proposed article, we will address your questions below:

    Angi's registration process is compliant with state and federal laws. Further, please note Angi does not report consumer user acquisition metrics.

    Angi's cancellation processes are compliant with state and federal laws.

    We regularly monitor our verified social media channels to ensure homeowner complaints are quickly and efficiently addressed. We encourage users to engage only through official, verified Angi channels and report suspicious activity immediately.

    Please be advised that your and Tammy Litchfield's deletion requests have been processed. Covered data related to your account has been deleted, pursuant to your request. The account which you reference logging into below was your wife Tammy Litchfield's account. I am aware your wife appointed you as her authorized representative to request deletion of her data on October 27 at 8:54 pm ET. The Oregon Consumer Privacy Act allows 45 days from the receipt of a request to action deletion. Nonetheless, we have now completed the deletion on Mrs. Litchfield's accounts.

    Please note Angi does not collect, store, or maintain credit card information. This information is collected, maintained, and stored by an accredited, third-party vendor, Stripe, as is disclosed in our privacy policy:

    (Links to https://legal.angi.com/#bookmark=id.gjdgxs)

    More about payment card information: Although users can submit payment information to pay for a service through the Services, we do not receive this information itself. Payment information is transmitted directly to our payment card processing vendor.

    I encourage you to contact Stripe directly to invoke any of your rights as to the data they maintain.

    (Links to https://support.stripe.com/questions/i-would-like-to-delete-the-information-stripe-has-collected-from-me)

**As you are aware these allegations are false and misleading, please note we will not hesitate to take action for any and all defamatory, misleading, or incorrect statements made by you.**

Jaime Padgett

I will need to correct the misstatements. This interaction will merit another round of supplemental filings. It was not a strong strategic move for Angi.

## ( 🌀🟠 ) 11/4 6:12pm - Verify Account Deletion

After receiving this email I attempted to log in to angi.com using Tammy's email address. She received a code at her email address, but when I supplied the code it prompted me to "*complete*" the account, similar to the experience at homeadvisor.com (Fig 9.10.7). I did not proceed through the full login flow at this time.

**Note**: The following screen recording indicates the presence of a second deceptive login registration funnel, having the equivalent experience as HomeAdvisor.com before login. The fact the mechanism has been implemented at Angi.com strongly indicates that this login experience is part of their new platform and is a systemic design choice.

### 🟦 [SCREEN RECORDING V]

https://drive.google.com/file/d/1SSdEjaWXp-vYu7KU3LSPFvPTrfCgWLrs/view?usp=drives dk

Given what I understand about Angi's system, this behavior likely indicates that the account has been disabled or deleted. I don't really feel that I received solid confirmation that my card info had been removed from their system and that I would not be charged.

**Technical note**: They definitely had the Stripe PaymentMethod ID (_pm...) for my card in their system on Oct 31 because their system was able to retrieve the last 4 digits of my card and display it in the UI. Angi has made provably false statements.

## 🟥 Wed, Nov 5

—

## ( 🟠 ) 11/5 6am - Angi Earnings Call

I registered for Angi's earnings call. I joined a few minutes late, but I listened until the end. I recorded the CEO's response to a question about expected benefits from any investments they have been making in their technical platform, and any potential unpaid technical costs. In particular I was interested to learn about the current state of Angi's

internal technical infrastructure and get a glimpse into the overall system architecture, to understand their CI/CD capabilities, exposure to legacy systems and technology, to gain a glimpse into overall tech debt, and understand any potential roadmap or plan for any required remediations, if any.



[Fig 11.5.1]

**[SCREEN RECORDING W]**
https://drive.google.com/file/d/1-U27GJObgmfk1IJ-Ajuw946voF6qH26m/view?usp=drivesdk

- 🟠 **CEO:** ... There was a big disruption in April connected to macro events and that kind of hung a little bit through May. We saw a pickup in June, and we feel like we've been kind of steady since then.... I think secondly, on your platform question, as I said, we don't have any wins from platform integration, particularly built-in. Um, and we don't particularly expect disruptions. We're in the middle of our fifth migration of a significant pro network and, you know, for the fifth time, we see it's the same and I think we've seen less post than other migrations. So, um, we think this improves the customer experience and it's also going to improve the efficiency of our commercial engine. You can already see the improved efficiency in our consolidation of the sales force to sell only the new product, um, which has result, which has been part of the success of selling significantly more capacity per pro and generating a lot more value.

  Could we see some lifts? Yes. There are progressively going to be rollouts. You're seeing the first one in this migration. We're going to see some impacts on our homeowner-facing side, which we think will be net improvements, you know, over the course of the first half of the year. And we will progressively be delivering, you know, um, platform pieces which both have the chance to improve conversion and the customer experience and will allow our team to test, develop, and deploy faster and iterate faster, where I think we've been very much held back on our ability to move with speed across the product and the customer

experience for multiple years here by the, by the legacy, uh, technology and tech debt.

Um, so, I think we are, we, the way we look at this is we kind of roll forward our run rate and build in our knowns, um, and then we go execute and we're always anticipating what we know versus what we might not know and handicap. And I think right now, we've got a pretty even outlook over the course of next year. And we don't expect a, we're not building in a massive lift from some piece of new technology, and we're not expecting because we haven't in the–now six, we're on our sixth, sixth migration to date–we haven't had a major disruption in any of them. And, uh, you know, we've got some, we've got some pros working on this. So, our own internal technology pros, not our external construction, specialty construction, and home services pros.

I gained some insights that I would like to explore more deeply, in particular the CEOs remarks that:

- 🟡 **CEO:** "We don't have any wins from platform integration, particularly built-in."
- 🟡 **CEO:** "Consolidation of the sales force to sell only the new product."
- 🟡 **CEO:** "Platform pieces which both have the chance to **improve conversion** and the customer experience"
- 🟡 **CEO:** "and will allow our team to test, develop, and deploy faster and iterate faster"
- 🟡 **CEO:** "I think we've been very much held back on our ability to move with speed across the product and the customer experience for multiple years here by the **legacy technology and tech debt**."

He is speaking truth about the ubiquitous technical and architectural challenges with legacy software system integrations and ongoing maintenance costs. It sounds like they have an ongoing need to control their technical debt, that they have been held back by it in the past, but it is unclear to me if the technical delivery problems remain unremediated, or how substantial or present the stated tech debt is.

## 📅 Sun, Dec 21

### ( 🔍 ) 12/21 9:50am - Verification of Deceptive Registration Funnels on the Eve of Complaint

One final piece of evidence to collect is a recording of the deceptive registration funnels at homeadvisor.com and angi.com to demonstrate that these mechanisms remain operational and are able to harm the public, on the eve of my civil complaint. I captured one final narrated screen recording that creates accounts on each domain.

## 💿 [SCREEN RECORDING X]

https://drive.google.com/file/d/1RwbdmHBXiAABZV9HwvdXqtMobNY79NMD/view?usp=drivesdk

- 🎙 It is Sunday, December 21st at 9:48 AM. I'm going to do a quick, uh, demonstration of the deceptive registration funnel at HomeAdvisor.com to see if it's still operational.

  I'm going to enter in my email address. marclitchfield... I'm actually going to enter a, um, an alias here. So it will go to a new account that's never been supplied before. "12 21 void". There we go.

  And then, I'm going to get the code. It should come in just a moment. There it is"

  Okay. Going to enter in my name... "Void". Last name... "ab Initio".

  Okay, "Welcome back, Void!" So that one [at HomeAdvisor] is still operational.

- 🎙 I'm also going to check Angi.com.

  Same deal. "12 21 Void... 2."
  [I'll] get the code for that one.

  This [verification email] comes from Angi.

  [The verification email is] almost the same [as the one that came from homeadvisor].

  [It] still doesn't say anything about creating an account here.

  [It] wants to complete my account, it wants some details to verify it.

  There we go, that one logged me in too. This one does not say "Welcome back, Void" at the end, but everything before it seemed to work the same [way].

- 🎙 There we go. Two deceptive registration funnels, at HomeAdvisor.com and Angi.com, both owned by Angi Inc.

## Appendix A: Measurements

To obtain more precision of when our messages were exchanged, I visited Facebook in desktop mode and used a technique of pressing and holding on the time label to show the tooltips containing the date:

My initial request: September 10, 9:52am



Angi's first response: September 12, 12:08pm



My reply informing Angi of the presence of the Customer Help Service: September 13, 11:33pm



Time between my initial public request and Angi's first response:
**2 days, 2 hours, 16 minutes**

Time between Angi being informed of the Customer Help Service and Facebook's confirmation of its removal after my request:
**7 days, 7 hours, 59 minutes**

## Appendix B: Figures (Screenshots)

- **[9.10.1]** ▦ Screenshot of merchant details from Monarch Money of unexpected charge from homeadvisorhandy.com. (**Redacted**: debit card details)
- **[9.10.2]** Chrome Browser error attempting to navigate to homeadvisorhandy.com, resulting in DNS_PROBE_FINISHED_NXDOMAIN Chrome browser error.
- **[9.10.3]** 🔴 "Log In" and "Sign Up" choices. 🗡 I chose "Log In".
- **[9.10.4]** 🔴 "Welcome Back" and "Don't have an account? Click here" messages. 🗡 I supplied my email address.
- **[9.10.5]** 🔴 6-digit login code emai
- **[9.10.6]** 🗡 Supplying code to verify my email
- **[9.10.7]** 🔴 We need a few details to complete your account. 🗡 Supplying First Name, Last Name, Checkbox for accepting the privacy policy.
- **[9.10.8]** 🔴 "Welcome Back, Stephen.". But, have I been here before?
- **[9.10.9]** 🔴 homeadvisor.com settings page appears to offer no cancellation option or method of updating or removing billing information.
- **[9.10.10]** 🗡 5 logged disconnected calls attempting to cancel membership (plus one for verification of accuracy)
- **[9.10.11]** 🗡 My comment on Angi's latest post, requesting cancellation steps. **Note**: This post was found to be removed or hidden the next day.
- **[9.10.12]** 🔴 homeadvisor.com site does not appear to have a link to a contact email or chat.
- **[9.10.14]** 🔴 Customer Help Service public reaction and reply, directing me to a private conversation. **Note**: This reply is hidden from the default "Most Relevant" view and is only visible under the "All Comments" filter.
- **[9.10.15]** 🔴 Accepting the private message from Customer Help Service.
- **[9.10.16]** 🔴 Profile details for Customer Help Service
- **[9.10.17]** 🔴 Private message from Customer Help Service asking me for a WhatsApp number.
- **[9.10.18]** 🗡 My reply, providing my email and a request to process the cancellation and provide written communication in the chat.
- **[9.10.19]** 🔴 They ask for my full name, email, and phone number. 🗡 I do not provide my phone number.
- **[9.11.2]** 🔴 The Post is now gone from the Posts section. But there is still a Reel that has my comment on it.
- **[9.11.3]** 🌐 The Customer Help Service's reply is hidden by Facebook's default comment filter.
- **[9.11.4]** 🔴 It appears when "All comments" is selected.
- **[9.11.5]** 🔴 Request to take a call right away, 🗡 and my refusal. **Note**: this was our final interaction.
- **[9.12.1]** 🔴 Tammy's Angie's List settings page where she cancelled her membership. (**Redacted**: Tammy's last name, phone number, street address, city, zip code, payment information)

- **[9.12.2]** 🔴 Email confirmation from Angi that Tammy's Angi Key membership had been cancelled. (**Redacted:** Tammy's email address)
- **[9.12.3]** 🔴 Email confirmation that Tammy's "booking plan" was cancelled.
- **[9.12.4]** 🔴 Tammy's HomeAdvisor settings page showing membership benefits still available until September 11, 2026.
- **[9.13.4]** 🔴 Angi brand account replies to my public comment, requesting a second private conversation.
- **[9.13.5]** 🔴🔴 Public replies from both Customer Help Service and Angi now appear when showing All Comments.
- **[9.13.6]** 🔶 Public reply to Angi that I have been working with Customer Help Service since September 10th, advise they coordinate their teams.
- **[9.13.7]** 🔶 DM to Customer Help Service, screenshot of the Angi brand account responding to the thread. Request written confirmation of cancellation.
- **[9.14.1]** 🔴 Customer Help Service asks for my phone number at 3:43am.
- **[9.14.2]** 🔴 Customer Help Service now has 1 friend.
- **[9.14.4]** 🔶 Request for no further contact again from Customer Help Service unless it is with written confirmation of cancellation.
- **[9.15.1]** 🌐 3 👍 and 1 🔴 reactions to the original Post from September 10th that I commented on
- **[9.15.2]** 🔴 Customer Help Service still wants to be my friend, but I have not accepted (yet?).
- **[9.15.3]** 🔴 Expanded "How to Cancel My Angi Key Membership" from panel on FAQ page at https://www.angi.com/landing/faq
- **[9.18.2]** 🖩 +$29.99 debit purchase return merchant details from Monarch Money
- **[9.19.1]** 🔶 My direct message to the Angi brand, one final opportunity to do right by me and clear things up.
- **[9.19.2]** 🔴 Angi asserts that the Customer Help Service is not associated with Angi.
- **[9.19.3]** 🔶 My reply to Angi informing them that the Customer Help Service is still accessible from the Angi Page, including a link to a video depicting navigation steps. **[9.19.4]** 🔶 Frame from screen recording showing the tap event when I initiated the process of reporting the Customer Help Service to Facebook.
- **[9.21.1]** 🌐 Confirmation from Facebook that the Customer Help Service was removed subsequent to my request.
- **[9.21.2]** 🌐 Customer Help Service is now inactive in messenger
- **[9.21.3]** 🌐 Customer Help Service comments have been removed. It now appears to others as if Angi is the only direct response to my request for a working method to cancel.
- **[9.21.4]** 🔴 Nameless 😵 reaction from the now-removed Customer Help Service.
- **[9.22.1]** 🔴 Our HomeAdvisor welcome email from Jan 6, 2020.
- **[10.3.1]** 🔴 Angi.com billing information in my wife's account cannot be removed through any evident means. A valid card must be provided. I have been unable to remove my debit card information from Angi's systems.
- **[10.16.11]** 🔶 Sent formal demand to Angi via email.

- **[10.17.1]** 🔴 "Welcome back, Deceptive". Frame from Screen Recording J showing that the deceptive registration funnel remains operational as of October 18th
- **[10.17.2]** 🔴 "Payment method: Visa **** 2667". Frame from Screen Recording K showing that Angi is still holding my financial data against my will.
- **[10.17.3]** 🔴 Account settings page at my.angi.com affords no option to delete payment method. (Redacted: Tammy's email, home address)
- **[10.20.4]** 🔴 Clip of our HomeAdvisor welcome email from 2020. The Terms and Conditions and Privacy Policy links are broken.
- **[10.20.5]** ✖ ce.homeadvisor.com returns NXDOMAIN
- **[10.23.1]** 🔴 Angi's violations are still online
- **[10.27.5]** 🔴 Email from Jaime Padgett: Litchenfield deflection
- **[10.27.6]** 📍 Tammy Bcc's OR DOJ, CO AG
- **[10.27.7]** 📍 Tammy exercises rights, delegates to me, instructs no further contact
- **[10.27.8]** 🗡 I assert my rights, correct Angi's factual inaccuracies, and neutralize their procedural motion.
- **[10.28.1]** 🔴 Angi responds: request completed, but complied in part and denied in part.
- **[10.28.2]** 🔴 Service Desk ticket resolved: INC-2549943 CCPA Delete Data
- **[10.28.3]** 🔴 Tammy's Phone Number, Email Address, Home Address, and my 2667 card info remain in system
- **[10.28.4]** ✖ My homeadvisor account is now inaccessible
- **[10.28.5]** 🗡 Request is NOT resolved
- **[10.28.6]** 🔴 Angi emails Tammy 📍 (fwd). This was delivered to Tammy after her instructions to cease all contact.
- **[10.28.7]** 🔴 Form to initiate a privacy request.
- **[10.30.1]** 🗡 Request for comments for Seeking Alpha article.
- **[10.31.1]** 🔴 Screenshot of Recording R showing card 2667 is retrievable from my.angi.com after 5pm October 31
- **[11.4.3]** 🔴 Response from legal counsel
- **[11.5.1]** 🔴 Screenshot of earnings call webinar

**Note**: For brevity "Fig" has been omitted from each figure identifier in the above list.

## Appendix C: Screen Recordings

🌙 A. Deceptive login process dynamically registers new users (0:52)
https://drive.google.com/file/d/1BwuRgS9ajUe5oeSmBH_G4ZQ4_eRqm8kP/view?usp=drives

1. 0:01 - I am given a choice between "Log In" or "Sign Up". I chose "Log In" to check if I already had an account, which I believed at the time would fail if I did not.
2. 0:04 - "Welcome Back!" Is displayed, which confirms the belief that the user is returning.
3. 0:04 - "Don't have an account? Sign up" with a link to "Sign up" implies that there is another place to go if you are certain you do not have an account, and this is the place to be if you are uncertain, like I was at the time.
4. 0:28 - Log in code is delivered via email, implying a registered account already exists.
5. 0:45 - Info collected to "complete" account, implying a process being resumed and information being updated. I believed I was updating my account that existed before September 10th, otherwise this would have failed.
6. 0:56 - "Welcome Back" banner again confirms the belief in the user's mind that they are returning.

🌙 B. Accepting a direct message from Customer Help Service. (0:14)
https://drive.google.com/file/d/1t1k-HQ_SGsNfofWozxT-NKY16ZlaJo27/view?usp=drivesdk
1. 0:06 - Looks like a new account, sketch.
2. 0:08 - Select Respond, but canceling because this is for the friend request, not to respond to the agent.
3. 0:10 - Select Messages, but at this time I was uncertain what would be accepted if I chose to accept.

🌙 C. Post I commented on has been removed, but still accessible as a Reel. Replies from Customer Help Service are now hidden by default, but available when the "Most Relevant" filter is changed to "All Comments". However, I did not realize this at the time I recorded the video. (1:07)
https://drive.google.com/file/d/17qwtFtRZ44RkOP7HcjpYYw6rLL4bMuBj/view?usp=drives dk
1. 0:31 - I cannot find the Post I commented on the day before. It seems to me that it was removed or suppressed from the front page.
2. 0:34 - It is still available as a Reel
3. 0:40 - The reply from Customer Help Service no longer appears beneath the reel. When I click "View 1 reply ..." nothing is shown.
4. 1:00 - I navigated to Messages to show my conversation with Customer Help Service.

🌙 D. Monday morning, the original Post I commented on (Fig 9.10.11) is now visible toward the top of the Angi Facebook page. Both the Customer Help Service and the Angi

Brand's public reply are accessible from the Post and the Reel after enabling All Comments. (0:23)
https://drive.google.com/file/d/1zWtBxQEtwnLx27pfmgAAKxA1WYXbKpxo/view?usp=drivesdk

1. 0:01 - Scroll through Angi posts
2. 0:10 - Find the original "Things I do to fill my own cup" Post from Angi that I commented on requesting cancellation and was subsequently suppressed from the Posts section.
3. 0:17 - My original comment and Customer Help Service's 🥺 reaction are visible.
4. 0:20 - Viewing Post reactions

🔵 E. Entering through homeadvisor.com to find the next steps for canceling an Angi Key Membership on the FAQ page. (0:55)
https://drive.google.com/file/d/1IMANnC-qwMg6kq9--i1mK_cZpkbzTZal/view?usp=drivesdk

1. 0:01 - Scroll to footer
2. 0:05 - Expand "About Us"
3. 0:07 - Choose "Contact Us"
4. 0:20 - Navigating through https://www.angi.com/landing/faq
5. 0:27 - Choose "View FAQ"
6. 0:36 - Expand "How Do I Cancel My Angi Key Membership". This displays steps that I would have followed had I located them before reaching out to Angi on Facebook on September 10th.

🔵 F. Customer Help Service remains accessible on Angi's page. I gave Angi a link to this recording. (0:56)
https://drive.google.com/file/d/1gmIiS8IRimBS8wuXNyyxspdUHnI757HV/view?usp=drivesdk

1. 0:13 - Show All Comments, see Customer Help Service
2. 0:24 - Show the profile
3. 0:40 - Show the conversation

🔵 G. Customer Help Service (CHS) is inaccessible from Angi's page on my Android phone. (0:34)
https://drive.google.com/file/d/1MTFKQ0CuWAlhdqTy5YmpUdCiuwO2AY4y/view?usp=drivesdk

1. 0:06 - Tap the reel with the cat.
2. 0:07 - Redirected to non-CHS reel.
3. 0:13 - Back, tap cat reel again.
4. 0:14 - Redirected to non-CHS reel.
5. 0:20 - Back, one more time, tap that cat.
6. 0:21 - Redirected again. It seems to work.

🔵 H. Navigating from the Angi page to Customer Help Service on my Android tablet (0:30)

https://drive.google.com/file/d/1BBRB32xkobJxH53FWBc1HhvzJnqonNAu/view?usp=drivesdk

1. 0:10 - cat tap
2. 0:18 - see CHS (behavior F)

📁 L. 2020 HomeAdvisor welcome email Terms and Conditions link is broken. Tammy forwarded this email to me previously (Fig 9.19.5) (0:27)
https://drive.google.com/file/d/1gE4KqimcVzCGlG0NTzSaVO6veQKW-2kf/view?usp=drivesdk

1. 0:02 - Tap Terms and Conditions
2. 0:05 - Loading ce.homeadvisor.com ...
3. 0:14 - NXDOMAIN error

📁 N: Narrated, Deceptive Registration Funnel (0:56)
https://drive.google.com/file/d/1xV-vfiv0mqe7iKpqY2EdTHeDlw0LgoZy/view?usp=drivesdk

1. 0:08 - Log In
2. 0:42 - "Welcome back, First Time User"

📁 O: Narrated, Forced Data Retention (0:36)
https://drive.google.com/file/d/1qJL5Bc8b5hQDacc-WdbPiRXsiST5nZoX/view?usp=drivesdk

1. 0:12 - My card info still in Angi's system
2. 0:22 - Request for written confirmation of removal, on September 19th
3. 0:29 - Formal demand and notification to preserve

📁 P. Card 2667 is still in system after Angi stated that the deletion request had been processed (0:17)
https://drive.google.com/file/d/1lflhFSM-u916ahJXVQPt_cAQC5s5YFhp/view?usp=drivesdk

1. 0:10 - Card 2667 is still in the system

📁 Q. Cannot log in to HomeAdvisor.com account with marclitchfield@gmail.com (0:21)
https://drive.google.com/file/d/1qaT-YwEUgp-9uy232eDQg0rbRP79RHQ3/view?usp=drivesdk

1. 0:07 - Supply my email address
2. 0:15 - Supply code from email
3. 0:18 - Uh oh. An error occurred while logging you into your account.

📁 R: Narrated, Card 2667 is accessible from Angi's systems after my 5pm October 31 deadline. (0:26)
https://drive.google.com/file/d/1-E82JCRYvuqGk18KFBwanxqU8igbMtsu/view?usp=drivesdk

1. 0:05 - Reload page, logged in as Tammy
2. 0:10 - Manage account

3. 0:15 - Card with PAN ending in 2667 remains accessible from the system. Angi has violated my formal data deletion order.

🔵 V. Confirmation of Tammy's Account Deletion

https://drive.google.com/file/d/1SSdEjaWXp-vYu7KU3LSPFvPTrfCgWLrs/view?usp=drives dk

1. 0:05 - Press log in
2. 0:13 - Supply Tammy's Email and tap Continue
3. 0:27 - Tammy receives an email with a 6-digit code, she reads it to me, I type it in.
4. 0:33 - Press Verify and Continue
5. 0:35 - "We need a few details to complete your account." - Tammy's old account is now inaccessible.

🔵 W. Angi Earnings Call

https://drive.google.com/file/d/1WqHMNfv3yuoj080Pf3ZXWOywwjo2ZCGT/view?usp=driv esdk

1. 0:20 - We don't have any wins from platform integration
2. 0:55 - Consolidation of sales force to sell only the new product
3. 1:30 - Platform pieces that have the change chance improve conversion
4. 1:35 - Will allow our team to develop and test and iterate faster
5. 1:40 - We have been held back in our ability to move with speed
6. 1:48 - Legacy technology and tech debt have held us back for years
7. 2:15 - Not building in a massive lift from some piece of technology
8. 2:20 - On our 6th migration and we haven't had a major outage in any of those

🔵 X. Deceptive Registration Funnels at HomeAdvisor.com and Angi.com Remain Operational

https://drive.google.com/file/d/1RwbdmHBXiAABZV9HwvdXqtMobNY79NMD/view?usp=d rivesdk

1. 0:12 - supply new email alias to homeadvisor.com Log In process.
2. 1:09 - logged in to homeadvisor.com
3. 1:21 - supply new email alias to angi.com
4. 2:18 - logged in to angi.com.

## Appendix D: Devices

All screenshots, screen recordings, and notes were captured with our personal devices.

- 📱 Samsung Galaxy Note20 Ultra
- 📱 Samsung Galaxy Tab S10 Ultra
- 📌 iPhone 14 Pro

This timeline was assembled using the Google Docs App for Android.

## Appendix E: Communications
(Removed in v8.8)

## Appendix F: Parties

The timeline consistently uses specific emoji to represent a party. Messages indicate the source entity within the party (when available).

- 🔵 Me: Stephen Marcus Litchfield
- 🔴 My wife: Tammy Litchfield
- 🟠 Angi
  - HomeAdvisor.com
  - Angi.com
  - AngiesList.com
  - IVR (Phone System)
  - Reel (Facebook Content)
  - Support (Facebook)
  - Service Desk
  - Legal
  - CEO
- 🔴 Angi impersonator
  - Customer Help Service (CHS)
- 🏦 Bank
  - US Bank
- 🌐 Social Media Platform
  - FB (Facebook)

## Appendix G: Public Records

| Entity | Status | Reference | Delivery | Initial | Ver |
|--------|--------|-----------|----------|---------|-----|
| ▥ **FTC** | ☑ Filed | 192792633 | reportfraud.ftc.gov | 9/13 10:22am | |
| ▥ **FTC** | ☑ Delivered | 9410 8118 9956 1949 8497 08 | USPS | 10/16 11:35am | v4.3 |
| ▥ **FTC** | ☑ Posted | mgt-u2s0-6hc5 | regulations.com | 10/16 12:49pm | v4.3-P* |
| ▥ **FTC** | ✖ Invalid | 193790411 | reportfraud.ftc.gov | 11/16 5:07pm | ✖ |
| ▥ **FTC** | ☑ Filed | 193806821 | reportfraud.ftc.gov | 11/16 5:32pm | v8.1-slim |
| ▥ **CFPB** | 🔗 Referred | 250914-24063002 | consumerfinance.gov | 9/13 5:39pm | v1 |
| ▥ **CFPB** | 🔗 Referred | 251013-24920571 | consumerfinance.gov | 10/13 12:07pm | v4* |
| ▥ **CFPB** | 🔗 Referred | 251102-25508055 | consumerfinance.gov | 11/2 3:30pm | |
| ▥ **CFPB** | ☑ Filed | 251116-25920284 | consumerfinance.gov | 11/15 6:15pm | v8.1-slim |
| ▥ **SEC** | ☑ Filed | 17597-937-502-732 | sec.gov/tcr | 10/6 4:35pm | v3.1 |
| ▥ **SEC** | ☑ Filed | 17622-040-479-957 | sec.gov/tcr | 11/3 1:10pm | v7.2 |
| ▥ **SEC** | ☑ Filed | 17658-243-256-826 | sec.gov/tcr | 12/15 10:45am | v8.5-sec |
| ✉ **OR AG** | ☒ Closed | FF7819-25 | michelle.andrews@doj.oregon.gov | 10/5 1:24pm | v2, v7.1 |
| ✉ **CO AG** | ☑ Filed | C-000050111 | coag.gov | 10/13 3:35pm | v4, v7.1 |
| ✉ **OR AG** | ⚠ Pending | OCPA | doj.state.or.us/consumer-protection | 11/1 9:39pm | |

*compressed

## VERIFICATION OF DIGITAL EVIDENCE AND EXHIBITS

I, Stephen Marcus Litchfield, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

### 1. Authentication of Forensic Evidence:

The "Forensic Evidence Map" (Exhibit A) and the accompanying screen recordings (Exhibit C) constitute a true and accurate record of the digital interface behaviors, system responses, and "Dark Pattern" architectures employed by the Defendant, Angi Inc., on the dates specified.

### 2. Nature of Recordings (Forensic Replication):

I certify that all supplied screen recordings are forensic replications created by me to document the systemic functionality of the Defendant's platform.

- A. **Methodology**: These recordings were captured using identical workflows to those I experienced on September 10, 2025 (discovery of deceptive registration funnel) and October 3, 2025 (discovery of forced data retention).

- B. **Systemic Identity**: I verify that the system behavior depicted in these recordings—specifically the generation of a verification code for a non-existent user and the display of the "Welcome Back!" banner—is functionally identical to the deceptive mechanism I encountered during the disputed transaction. These recordings confirm that the "Verification Loop" alleged in the Complaint is a hard-coded feature of the Defendant's architecture, not a transient error.

### 3. Integrity of Media and Limited Privacy Redactions:

The video files contained on the physical USB drive (Exhibit C) are original screen captures of the events described.

- A. **No Material Alteration**: No frames depicting the Defendant's system logic, interface responses, or error messages have been altered, deleted, or fabricated.

- B. **Privacy Redactions**: To protect the Plaintiff's sensitive Personally Identifiable Information (PII) and financial data from entering the public record, certain recordings employ cropping (restricting the field of view) or recording pauses (during data entry). These limited redactions are used solely to obscure email addresses, home addresses, and full credit card numbers. They do not distort or misrepresent the continuous sequence of the Defendant's system behaviors.

### 4. Preservation of Evidence:

This verification is provided to assist the Court and any appointed Special Master in identifying the specific technical events (the "Log In" funnel and the "Delete Payment"

API call) that warrant a "Clean Room" audit of Defendant's source code and database logs.

Executed on December 22, 2025.

Stephen Marcus Litchfield
Plaintiff Pro Se

14845 SE Monner Rd
Happy Valley OR, 97086
503-307-8953
marclitchfield@gmail.com

# EXHIBIT B

LEGAL THREAT / SELF-DEFEATING CONTRADICTION
(Email)




## Request for Comment: Seeking Alpha Article on Angi Inc. Customer Practices and Data Retention Policies (Ref: OR DOJ FF7819-25; CO AG C-000050111)

2 messages

**Marcus Litchfield** <marclitchfield@gmail.com>                                                                      Thu, Oct 30, 2025 at 5:23 AM
To: mediarelations@angi.com, ir@angi.com, shannon.shaw@angi.com, Jaime Padgett <jaime.padgett@angi.com>
Bcc: Michelle.Andrews@doj.oregon.gov, complaints@coag.gov

Dear Angi Inc. Media Relations and Legal Departments,

My name is Stephen Marcus Litchfield.

I am preparing an article for publication on the financial analysis platform Seeking Alpha. The article details a multi-week, firsthand investigation into certain user interface designs, business practices, and data retention policies related to Angi's "Angi Key Membership" and its HomeAdvisor.com and Angi.com platforms.

The findings are based on a contemporaneous record, including screenshots and screen recordings, compiled between September 10, 2025, and the present. In the interest of fair and accurate reporting, I am providing you with an opportunity to formally comment on the key findings that will be addressed in the article.

The article will discuss evidence that appears to document the following:

1. **Deceptive Registration Funnel**: Evidence indicates that the "Log In" process on HomeAdvisor.com funnels users into a new account registration workflow under misleading banners such as "Welcome Back!" and "complete your account". Can Angi comment on the design of this user flow and whether it has been analyzed for its potential to obstruct cancellation or inflate user acquisition metrics?

2. **Obstructive Cancellation Methods**: The investigation documented five separate, consecutive calls to Angi's official support number (1-888-811-2644) that were automatically disconnected without reaching an agent or a relevant menu option for cancellation. Additionally, cancellation instructions on the website were found to be located several layers deep within an FAQ page. Can Angi comment on the accessibility of its cancellation procedures?

3. **Negligence in Platform Moderation**: Evidence shows that an illegitimate entity impersonating Angi support ("Customer Help Service") engaged with a customer on Angi's official Facebook page. Angi was explicitly notified of this entity's presence on September 13, 2025, but the entity was not removed until after it was reported directly to Meta by the customer on September 19, 2025. What are Angi's policies regarding the moderation of its official social media channels to protect customers from fraudulent actors?

4. **Forced Retention of Financial Data**: This is a critical and ongoing issue. Following the successful cancellation of the service on September 12, 2025, and a refund on September 18, 2025, the associated debit card information remains in Angi's system. As of this writing, the user interface provides no mechanism to delete the payment method.

   - A formal demand for the deletion of this data was sent to Angi's Chief Legal Officer on October 16, 2025.

   - On October 28, 2025, Angi's Privacy Officer sent a communication stating the deletion request had been "completed," yet subsequent verification, documented via screen recording, confirmed the debit card information remains accessible within the account.

   - Can Angi confirm its policy on the retention of customer payment information after the termination of all business relationships? Why does the platform prevent users from deleting their own financial data, and why did the company state a deletion request was complete when the data remained in the system?

The article will also note that these findings form the basis of formal complaints filed with the SEC (TCR: 17597-937-502-732), the FTC (Report: 192792633), the CFPB (Case: 251013-24920571), the Oregon Department of Justice (File: FF7819-25), and the Colorado Attorney General (File: C-000050111).

Please provide any formal response for inclusion in the article to me at marclitchfield@gmail.com. To ensure your comments are included, please respond no later than 5:00 PM Pacific Time, Wednesday, November 5th.

If you choose not to comment, the article will state that Angi Inc. was offered the opportunity but did not provide a response by the deadline.

Thank you for your attention to this matter.

Sincerely,
Stephen Marcus Litchfield

**Jaime Padgett** <jaime.padgett@angi.com>                                                                            Tue, Nov 4, 2025 at 2:45 PM
To: Marcus Litchfield <marclitchfield@gmail.com>

Hi, Mr. Litchfield,

Thank you for your follow up questions. While we do not wish to comment on your proposed article, we will address your questions below:

1. Angi's registration process is compliant with state and federal laws. Further, please note Angi does not report consumer user acquisition metrics.

2. Angi's cancellation processes are compliant with state and federal laws.

3. We regularly monitor our verified social media channels to ensure homeowner complaints are quickly and efficiently addressed. We encourage users to engage only through official, verified Angi channels and report suspicious activity immediately.

4. Please be advised that your and Tammy Litchfield's deletion requests have been processed. Covered data related to your account has been deleted, pursuant to your request. The account which you reference logging into below was your wife Tammy Litchfield's account. I am aware your wife appointed you as her authorized representative to request deletion of her data on October 27 at 8:54 pm ET. The Oregon Consumer Privacy Act allows 45 days from the receipt of a request to action deletion. Nonetheless, we have now completed the deletion on Mrs. Litchfield's accounts.

Please note Angi does not collect, store, or maintain credit card information. This information is collected, maintained, and stored by an accredited, third-party vendor, Stripe, as is disclosed in our privacy policy:

More about payment card information: Although users can submit payment information to pay for a service through the Services, we do not receive this information itself. Payment information is transmitted directly to our payment card processing vendor.

I encourage you to contact Stripe directly to invoke any of your rights as to the data they maintain.

As you are aware these allegations are false and misleading, please note we will not hesitate to take action for any and all defamatory, misleading, or incorrect statements made by you.

## Jaime Padgett

[Quoted text hidden]

# EXHIBIT C

Screen Recordings E, I, N, P, W, and X
(Envelope containing USB Drive)