**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

FILED 22 DEC '25 15:34 USDC-ORP

STEPHEN MARCUS LITCHFIELD,

Plaintiff Pro Se,

v.

ANGI INC.,

Defendant.

3:25-CV-2394-SI

Case No.: _____

**NOTICE OF MANUAL FILING OF PHYSICAL EXHIBITS (VIDEO EVIDENCE)**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on December 22, 2025, Plaintiff Stephen Marcus Litchfield manually filed the following physical exhibits with the Clerk of the United States District Court for the District of Oregon, in accordance with applicable local practice regarding the conventional filing of physical media:

**Exhibit C**: Physical USB Flash Drive containing the high-definition forensic screen recordings designated in the Complaint as:

1. Recording N: Narrated Deceptive Registration Funnel
2. Recording E: FAQ Cancellation Maze
3. Recording I: Forced Data Retention Demonstration
4. Recording P: Verification of False Compliance
5. Recording W: CEO Admission of Technical Debt
6. Recording X: Deceptive Funnels Remain Online on Eve of Filing

These exhibits have been lodged with the Court because they are video files which cannot be uploaded to the CM/ECF electronic docketing system. They are part of the official record and remain in the custody of the Clerk of Court.

**COURTESY ACCESS FOR DEFENDANT**

To facilitate the Defendant's review of this evidence without the security risks associated with physical media, Plaintiff has made identical digital copies of these exhibits available for inspection and download via the following secure cloud link:

https://drive.google.com/drive/folders/1g18bnLlYs6sgtrZB-k_rs-f93SQwiIGh

**DATED**: December 22, 2025

Respectfully submitted,

_s/ [signature]_
_____

1  Stephen Marcus Litchfield,

2  Plaintiff Pro Se

3

4  14845 SE Monner Rd,

5  Happy Valley OR, 97086

6  503-307-8953

7  marclitchfield@gmail.com