**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

FILED22 DEC '25 15:38USDC-ORP

STEPHEN MARCUS LITCHFIELD,

Plaintiff Pro Se,

v.

ANGI INC.,

Defendant.

Case No.: 3:25-CV-2394-SI

**EXHIBIT C**

**SCHEDULE OF DIGITAL EVIDENCE:**

USB FLASH DRIVE (FORENSIC EVIDENCE)

**1. PHYSICAL FILING**

This exhibit consists of a physical USB Flash Drive containing high-definition forensic screen recordings. The physical media has been lodged with the Clerk of the Court in accordance with the Notice of Manual Filing filed concurrently herewith.

## 2. DIGITAL FINGERPRINTS

To ensure the integrity of the evidence and facilitate authentication, the Plaintiff certifies that the files contained on the physical drive match the following cryptographic hashes (MD5):

| Filename | Fingerprint (MD5 Hash) |
| --- | --- |
| RECORDING-E-Cancellation-Maze.mp4 | 672bcddc268d1500f6a10edfd5b09dee |
| RECORDING-I-Forced-Data-Retention.mp4 | c1d6ea8c4e499339bacd2bebc328c6c5 |
| RECORDING-N-Deceptive-Registration.mp4 | 89d9115d11a420c718a364712b056132 |
| RECORDING-P-False-Compliance.mp4 | 94e2bacc662562420e486b412e193f4c |
| RECORDING-W-Earnings-Call.mp4 | f34131d6af275f761d65519ef8a4b854 |
| RECORDING-X-Eve-Of-Filing.mp4 | a367e5481d9ae52ce112e3fb8e570509 |

## 3. CERTIFICATION

I certify that the files loaded onto the physical drive are identical copies of the originals referenced in Exhibit A (Forensic Evidence Map) and that no alteration has occurred.

**DATED**: December 22, 2025

Respectfully submitted,

_____

Stephen Marcus Litchfield,

1 Plaintiff Pro Se

2

3 14845 SE Monner Rd,

4 Happy Valley OR, 97086

5 503-307-8953

6 marclitchfield@gmail.com

