FILED 05 JAN '26 10:49 USDC-ORP

1  Stephen Marcus Litchfield

2  marclitchfield@gmail.com

3  14845 SE Monner Rd

4  Happy Valley, OR 97086

5  503-307-8953

6

7                    UNITED STATES DISTRICT COURT

8                          DISTRICT OF OREGON

9                           PORTLAND DIVISION

10

   STEPHEN MARCUS LITCHFIELD,              Case No.: 3:25-cv-02394-SI

   Plaintiff Pro Se,

   v.                                      **NOTICE OF CORRECTION OF**

   ANGI INC.,                              **ADDRESS**

   Defendant.

11

12

13  **TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

14

15  PLEASE TAKE NOTICE that Plaintiff Stephen Marcus Litchfield respectfully

16  notifies the Court of a recurring clerical/OCR error in the docketing of Plaintiff's

17  address.

18

1. Plaintiff's correct physical and mailing address is:

   14845 SE Monner Rd

   Happy Valley, OR 97086

2. It appears that the Court's Optical Character Recognition (OCR) software or data entry process has consistently misidentified the street name as "Manner Rd" instead of "Monner Rd."

3. This error appears in the electronic docket text for multiple filings, including the original Complaint and the Notice of Manual Filing.

4. The PDF documents uploaded and filed by Plaintiff correctly state the address as "Monner Rd."

5. Plaintiff respectfully requests that the Clerk of Court update the master docket sheet and service list to reflect the correct spelling (Monner) to ensure that all future court orders and mailings reach the Plaintiff successfully.

**DATED:** January 2, 2026

Respectfully submitted,

_____

Stephen Marcus Litchfield

1 Plaintiff Pro Se

2

3 **CERTIFICATE OF SERVICE**

4 I hereby certify that on January 2, 2026, I served a true and correct copy of the

5 foregoing NOTICE OF CORRECTION OF ADDRESS on Defendant by Certified Mail,

6 addressed to their Registered Agent as follows:

7

8 Angi Inc.

9 c/o CT Corporation System

10 780 Commercial St SE, Suite 100

11 Salem, OR 97301

12

13 _____

14 Stephen Marcus Litchfield,

15 Plaintiff Pro Se

16

17 14845 SE Monner Rd

18 Happy Valley OR, 97086

19 503-307-8953

20 marclitchfield@gmail.com

Stephen Marcus Litchfield
14845 SE Monner Rd
Happy Valley, OR 97086

Case No: 3:25-CV-2394-SI

Clerk of the Court
Mark O. Hatfield U.S. Courthouse
1000 S.W. Third Ave.
Portland, OR 97204

