FILED 12 JAN '26 10:38USDC-ORP

1  Stephen Marcus Litchfield

2  marclitchfield@gmail.com

3  14845 SE Monner Rd

4  Happy Valley, OR 97086

5  503-307-8953

6

7                           UNITED STATES DISTRICT COURT

8                                DISTRICT OF OREGON

9                                 PORTLAND DIVISION

10

| STEPHEN MARCUS LITCHFIELD, | Case No.: 3:25-cv-02394-SI |
|---|---|
| Plaintiff Pro Se, | |
| v. | **CERTIFICATE OF SERVICE** |
| ANGI INC., | |
| Defendant. | |

11

12

13  I hereby certify that on January 5, 2026, I served a true and correct copy of the

14  following documents issued by the Court on December 23, 2025:

15

16     1. Civil Case Assignment Order;

17     2. Discovery and Pretrial Scheduling Order;

18     3. Fed. R. Civ. P. 26(a)(1) Discovery Agreement Form;

2

1   4. Consent to Jurisdiction by a Magistrate Judge Form; and

2   5. Civil Case Management Time Schedules.

3

4 I served these documents by placing them in a sealed envelope, with postage fully

5 prepaid, via United States Postal Service Certified Mail, addressed to the

6 Defendant's Registered Agent as follows:

7

8 Angi Inc.

9 c/o CT Corporation System

10 780 Commercial St SE, Suite 100

11 Salem, OR 97301

12

13 DATED: January 5, 2026

14 Respectfully submitted,

15 *[signature]*

16 Stephen Marcus Litchfield,

17 Plaintiff Pro Se

18

19 14845 SE Monner Rd

20 Happy Valley OR, 97086

21 503-307-8953

22 marclitchfield@gmail.com

23