FILED 12 JAN '26 10:36 USDC-ORP

# RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:25-CV-2394-SI

Plaintiff: **STEPHEN MARCUS LITCHFIELD**
vs.
Defendant: **ANGI INC.**

Service Documents:
Summons in a Civil Action and Complaint; Notice of Manual Filing of Physical Exhibits and Exhibits

For:
Stephen Litchfield
Stephen Marcus Litchfield
14845 SE MONNER RD
HAPPY VALLEY, OR 97086

Received by Barrister Malstroms dba Barrister Legal Services, LLC on the **31st day of December, 2025** at **11:53 am** to be served on **ANGI, INC. R/A: CT CORPORATION SYSTEM, 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301**.

I, P. Bustamante, do hereby affirm that on the **2nd day of January, 2026** at **10:48 am, I:**

**SERVED ANGI, INC. R/A: CT CORPORATION SYSTEM at** 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by personally serving a true copy of the Summons in a Civil Action and Complaint; Notice of Manual Filing of Physical Exhibits and Exhibits upon EDEN CLOVERGLADE, the clerk on duty in the office of the Registered Agent and who is authorized to accept service.

**CERTIFICATION OF MAILING:** I Rebecca Lundin certify that on **1/2/2026** a true copy of Summons in a Civil Action and Complaint; Notice of Manual Filing of Physical Exhibits and Exhibits and this Return of Service were mailed to ANGI, INC. to 780 COMMERCIAL ST SE, STE 100, SALEM, OR 97301 by First Class Mail, postage paid.

X _____

I declare under penalty of perjury that I am a resident of the State of Oregon. I am a competent person 18 years of age or older and not a party to or attorney in this proceeding and am authorized to serve the process described herein. I certify that the person, firm, or corporation served is the identical one named in this action. I am not a party to nor an officer, director, or employee of, nor attorney for any party, corporate or otherwise.
I hereby declare that the above statement is true to the best of my knowledge and belief, and that it is made for use as evidence in court and is subject to penalty for perjury.

_____
**P. Bustamante**
Process Server
1/2/2026
Date

**Barrister Malstroms dba Barrister Legal Services, LLC**
967 N. Cascade Dr
Woodburn, OR 97071
(503) 246-8934

Our Job Serial Number: TSB-2025006920





Barrister Malstroms
967 N Cascade Dr
Woodburn, OR 97071

$5.22
US POSTAGE IMI
MEDIA MAIL
063S0001959793
FROM 97302

SUB-SERVICE COPY

Angi Inc.
R/A CT Corporation System
780 Commercial St SE
Suite 100
Salem, OR 97301

