FILED 12 JAN '26 10:35 USDC-ORP

Stephen Marcus Litchfield

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley, OR 97086

503-307-8953

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

| | |
|---|---|
| STEPHEN MARCUS LITCHFIELD, | **Case No.:** 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S MOTION FOR** |
| ANGI INC., | **PERMISSION TO FILE** |
| Defendant. | **ELECTRONICALLY (CM/ECF)** |

## LR 7-1(a) CERTIFICATION

Pursuant to Local Rule 7-1(a), Plaintiff certifies that conferral with Defendant was not possible because Defendant has not yet entered an appearance in this matter.

## MOTION

Plaintiff Stephen Marcus Litchfield, appearing *pro se*, respectfully moves this Court for an Order granting permission to register for and utilize the Court's Case Management/Electronic Case Files (CM/ECF) system for electronic filing and service of documents in this case.

In support of this Motion, Plaintiff states as follows:

1. **Technical Competence:** Plaintiff is a former Staff Software Engineer with extensive experience managing complex digital systems and data architectures. Plaintiff possesses the necessary technical equipment (computer, scanner, PDF software) and capability to comply with all technical requirements of the CM/ECF User Manual.

2. **Efficiency and Judicial Economy:** This case involves substantial digital forensic evidence, including the "Forensic Timeline" and multiple video exhibits which Plaintiff has already manually lodged with the Court. Electronic filing will significantly reduce the administrative burden on the Clerk's Office by eliminating the need to scan Plaintiff's filings.

3. **Cost and Speed:** Granting CM/ECF access will facilitate the "just, speedy, and inexpensive determination" of this action (Fed. R. Civ. P. 1) by allowing for immediate service of filings upon the Defendant once they appear, reducing delays associated with physical mail.

4. **PACER Access:** Plaintiff already possesses an active PACER account (Account #:8820248) and is familiar with reviewing the electronic docket.

5. **Consent to Electronic Service:** By registering for CM/ECF, Plaintiff consents to receive service of all future documents electronically via the Notice of Electronic Filing (NEF), further streamlining communication between the parties.

## CONCLUSION

For the foregoing reasons, Plaintiff requests authorization to register as a CM/ECF user in this matter.

**DATED**: January 7, 2026

Respectfully submitted,

1 _____

2 Stephen Marcus Litchfield

3 Plaintiff Pro Se

4

5 14845 SE Monner Rd

6 Happy Valley, OR 97086

7 503-307-8953

8 marclitchfield@gmail.com

9

10 **CERTIFICATE OF SERVICE**

11 I hereby certify that on January 6, 2026, I served a true and correct copy of the

12 foregoing PLAINTIFF'S MOTION FOR PERMISSION TO FILE ELECTRONICALLY on

13 the Defendant by United States Certified Mail, addressed to their Registered Agent

14 as follows:

15

16 Angi Inc.

17 c/o CT Corporation System

18 780 Commercial St SE, Suite 100

19 Salem, OR 97301

1 _____

2 Stephen Marcus Litchfield

3 Plaintiff Pro Se

4