UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEPHEN MARCUS LITCHFIELD, | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | CERTIFICATE OF SERVICE |
| ANGI INC., | (Administrative Orders and |
| Defendant | Filings) |

**I HEREBY CERTIFY** that on January 20, 2026, I served true and correct copies of the following documents upon the Defendant:

1. Application for CM/ECF Registration [Docket Entry 10];
2. Order Granting CM/ECF Registration [Docket Entry 11]; and
3. Order Denying Motion as Moot [Docket Entry 12, NEF].

These documents were served via United States Certified Mail, addressed to their Registered Agent as follows:

Angi Inc.

c/o CT Corporation System

780 Commercial St SE, Suite 100

Salem, OR 97301

**DATED**: January 21, 2026

Respectfully submitted,


/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley OR, 97086

503-307-8953