UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD,** | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **CERTIFICATE OF SERVICE** |
| **ANGI INC.,** | **(First Amended Complaint)** |
| Defendant | |

**I HEREBY CERTIFY** that on January 20, 2026, I served a true and correct copy of the First Amended Complaint and Exhibits A-D [Docket Entries 13, 13-1, 13-2, 13-3, 13-4] upon the Defendant via United States Certified Mail addressed to their Registered Agent as follows:

Angi Inc.

c/o CT Corporation System

780 Commercial St SE, Suite 100

Salem, OR 97301

**DATED**: January 21, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley OR, 97086

503-307-8953