UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD,** | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | NOTICE OF SERVICE OF |
| **ANGI INC.,** | PLAINTIFF'S INITIAL |
| Defendant | DISCLOSURES |

**NOTICE IS HEREBY GIVEN** that on January 20, 2026, Plaintiff Stephen Marcus Litchfield served Plaintiff's Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) upon Defendant Angi Inc. via United States Certified Mail.

**DATED**: January 21, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley OR, 97086

503-307-8953