Julia E. Markley, Bar No. 000791
JMarkley@perkinscoie.com
Michael McCullough, Bar No. 225377
MichaelMcCullough@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Defendant Angi, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| STEPHEN MARCUS LITCHFIELD,<br><br>　　　　　Plaintiff Pro Se,<br><br>　v.<br><br>ANGI INC.,<br><br>　　　　　Defendant. | Case No. 3:25-cv-02394-SI<br><br>**DEFENDANT ANGI, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

**LR 7-1 CERTIFICATION**

Defendant Angi, Inc. ("Angi") certifies that, through its counsel, it conferred with Pro Se Plaintiff Stephen Marcus Litchfield regarding this motion, and Plaintiff does not oppose this motion.

**MOTION**

Pursuant to Fed. R. Civ. P. 6(b) and LR 16-3 Defendant Angi respectfully moves the Court for an Order granting Angi an extension of time from the current deadline to answer or

1- DEFENDANT ANGI, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

400208725.2

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

otherwise respond to the First Amended Complaint. Defendant Angi requests the Court extend the deadline to respond to **March 3, 2026.**

Plaintiff served his Complaint on or about January 2, 2026, and filed his First Amended Complaint on January 20, 2026. The current deadline to respond to the First Amended Complaint is February 3, 2026. This is the first request for extension of time. Good cause exists for the requested extension as counsel was recently retained. Additional time is necessary for Defendant to investigate the allegations in the First Amended Complaint and prepare an appropriate response.

This motion is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection to jurisdiction including lack of subject matter jurisdiction, lack of personal jurisdiction or insufficient service of process.

## CONCLUSION

Based upon the facts set out above, good cause exists, and judicial economy will be served if this motion for extension of time is granted.

DATED: January 29, 2026.　　　　　　　　**PERKINS COIE LLP**

By: */s/ Julia E. Markley*
Julia E. Markley, OSB No. 000791
JMarkley@perkinscoie.com
Michael McCullough, OSB No. 225377
MichaelMcCullough@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

*Attorneys for Defendant Angi, Inc.*

2- DEFENDANT ANGI, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

400208725.2