Julia E. Markley, Bar No. 000791
JMarkley@perkinscoie.com
Michael McCullough, Bar No. 225377
MichaelMcCullough@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile:  +1.503.727.2222

*Attorneys for Defendant Angi, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

STEPHEN MARCUS LITCHFIELD,

          Plaintiff Pro Se,

   v.

ANGI INC.,

          Defendant.

Case No. 3:25-cv-02394-SI

**DEFENDANT ANGI, INC.'S CORPORATE DISCLOSURE STATEMENT**

    The undersigned counsel for Defendant, Angi, Inc. ("Angi") certifies that Angi is a non-governmental corporate party and that:

    1.  Angi is an independent, publicly traded company.

/ / /

/ / /

/ / /

1-   DEFENDANT ANGI, INC.'S CORPORATE
     DISCLOSURE STATEMENT

400208801.1

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

2. Blackrock, Inc. is a publicly held corporation that owns 10% or more of Angi's stock.

3. No other publicly held company owns 10% or more of Angi's stock.

DATED:  January 29, 2026.                          **PERKINS COIE LLP**

                                                    By:*/s/ Julia E. Markley*
                                                        Julia E. Markley, OSB No. 000791
                                                        JMarkley@perkinscoie.com
                                                        Michael McCullough, OSB No. 225377
                                                        MichaelMcCullough@perkinscoie.com
                                                        1120 N.W. Couch Street, Tenth Floor
                                                        Portland, Oregon 97209-4128
                                                        Telephone: +1.503.727.2000

                                                    *Attorneys for Defendant Angi, Inc.*

2- DEFENDANT ANGI, INC.'S CORPORATE
   DISCLOSURE STATEMENT

**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222