UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD**, | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S NOTICE OF ERRATA** |
| **ANGI INC.**, | **RE: EXHIBIT A - FORENSIC** |
| Defendant. | **EVIDENCE MAP (DOCKET ENTRY** |
| | **13-1) APPENDIX A** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Stephen Marcus Litchfield hereby submits this Notice of Errata to correct clerical citation errors identified in Exhibit A (Forensic Evidence Map, v10.1-civil), filed on January 20, 2026 [Docket Entry 13-1]. During a review of the file, Plaintiff identified that Appendix A (Curated Evidence Index) contained Figure ID citations that did not correspond to the definitions in Appendix B (Figure Index). To ensure the accuracy of the record, Plaintiff submits the corrections below and attaches a replacement Appendix A.

No substantive changes have been made to the timeline, the forensic evidence, or the allegations. This filing is limited to correcting cross-references and two subparagraph numbers* in the appendix.

**Schedule of Corrections (Appendix A)**

- I.a     [Fig 9.10.3] → [Fig 9.10.9]
- I.b     [Fig 9.10.4] →  [Fig 9.10.10]
- I.c     [Fig 9.10.5] → [Fig 9.10.4]
- I.d     [Fig 9.10.7] → [Fig 9.10.13]
- I.e     [Fig 9.10.8] → [Fig 9.10.14]
- II.a.1  [Fig 9.10.9] → [Fig 9.10.8]
- II.a.2  [Fig 9.10.9] → [Fig 9.10.8]
- II.a.1* [Fig 9.10.12] → [Fig 9.10.5]
- II.a.2* [Fig 9.15.1] →[Fig 9.15.3]
- II.b.1  [Fig 9.10.10] → [Fig 9.10.6]
- II.c.1  [Fig 9.10.11] → [Fig 9.10.7]
- II.c.3  [Fig 9.19.4] → [Fig 9.19.3]
- III.a   [Fig 9.10.14] → [Fig 9.10.16]

**Note Regarding Attachment 1**

Attached hereto is the Corrected Appendix A. It is submitted to replace Pages 138-146 (Appendix A) of the original Exhibit A [Docket Entry 13-1].

**DATED**: January 30, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley OR, 97086

503-307-8953