# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD**, | **Case No.: 3:25-cv-02394-SI** |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S MOTION FOR** |
| **ANGI INC.**, | **LEAVE TO FILE SECOND** |
| Defendant. | **AMENDED COMPLAINT &** |
| | **MEMORANDUM IN SUPPORT** |

## LR 7-1 CERTIFICATION

Pursuant to Local Rule 7-1(a)(1)(A), Plaintiff certifies that the parties made a good faith effort through a telephone conference on March 2, 2026, to resolve the dispute and have been unable to do so. Defendant opposes this motion.

## MOTION

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15-1, Plaintiff Stephen Marcus Litchfield respectfully moves this Court for leave to file a Second Amended Complaint.

As required by Local Rule 15-1(b), a clean copy of the proposed Second Amended Complaint (including its substantive Exhibits A, B, and C) is attached to this motion. Additionally, a separate document containing a "redline" version of the proposed

amended pleading, showing all changes from the First Amended Complaint, is also attached.

**MEMORANDUM IN SUPPORT**

Rule 15(a)(2) dictates that the court "should freely give leave when justice so requires." The Ninth Circuit has instructed that this policy is "to be applied with extreme liberality." Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003).

Plaintiff seeks leave to amend for the purpose of narrowing the issues before the Court and promoting judicial economy. Specifically, the proposed Second Amended Complaint:

1.  Voluntarily withdraws and excises all claims and citations relating to ORS 646.608(1)(u) and ORS 646.607.
2.  Clarifies the factual allegations establishing Plaintiff's ongoing Article III standing for injunctive relief.

This amendment is not brought in bad faith or for dilatory purposes, nor does it prejudice the Defendant. To the contrary, it saves the Court and the parties the time and resources of briefing a Motion to Dismiss against claims that Plaintiff is actively withdrawing. Defendant's preference to file a pre-prepared Motion to Dismiss against a superseded pleading does not outweigh the extreme liberality with which leave to amend should be granted, especially when the amendment narrows the scope of the litigation.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the attached Second Amended Complaint.


**DATED**: March 2, 2026

Respectfully submitted,


/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley, OR 97086

503-307-8953