UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD**, | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S NOTICE OF ERRATA** |
| **ANGI INC.**, | **RE: EXHIBITS A AND C TO THE** |
| Defendant. | **PROPOSED SECOND AMENDED** |
| | **COMPLAINT (DOCKET ENTRY 21)** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Stephen Marcus Litchfield hereby submits this Notice of Errata to correct typographical errors within the Exhibits attached to the Motion for Leave to File Second Amended Complaint, filed on March 2, 2026 [Docket Entry 21].

Plaintiff submits the corrections below and attaches the specific replacement pages. Crucially, no substantive changes have been made to the timeline, the forensic evidence, the factual allegations, or the legal arguments. This filing is strictly limited to correcting minor scrivener's errors:

**Schedule of Corrections:**

- EXHIBIT A
    - **Pages 5/6,7/8**: The Table of Contents has been regenerated to accurately reflect the correct page numbers
    - **Pages 71/72:** Fig ~~9.19.5~~ 9.22.1
    - **Pages 103/104**: Fig ~~9.10.7~~ 9.10.13
    - **Pages 151/152**: Fig ~~9.10.11~~ 9.10.7
- EXHIBIT C
    - **Pages 1/2:** ~~First~~ Second Amended Complaint

**Note Regarding Attachments:**

In the interest of docket economy, Plaintiff attaches only the specific two-sided replacement pages containing the corrections. Attached hereto are:

- **Attachment 1**: Corrected Pages 5–8, 71–72, 103-104, 151-152 to Exhibit A.
- **Attachment 2**: Corrected Pages 1–2 to Exhibit C.

**DATED**: March 8, 2026

Respectfully submitted,


/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley, OR 97086

503-307-8953