# Table of Contents

Introduction                                                                                   2
Core Violations Documented                                                                     2
Recommended Resolution                                                                         4
Table of Contents                                                                              5
Forensic Timeline Conventions                                                                  8
Parties                                                                                        8
Channels                                                                                       9
  (🏦🌀) 9/10 8:34am - [Transaction] Unexpected $29.99 Charge                         11
  (🔴🌹) 9/10 8:36am - [Email] Angi Renewal Notice                                    12
  (🌀🟠) 9/10 8:36am - [Web] Sign in to HomeAdvisor                                   14
  (🌀🟠) 9/10 ~9:00am - [Web] Attempt to cancel through site                          15
  (🌀🟠) 9/10 9:24am - [Phone] Call #1                                                17
  (🌀🟠) 9/10 9:28am - [Phone] Call #2                                                17
  (🌀🟠) 9/10 9:31am - [Phone] Call #3                                                17
  (🌀🟠) 9/10 9:33am - [Phone] Call #4                                                17
  (🌀🟠) 9/10 9:36am - [Phone] Call #5                                                18
  (🌀🟠) 9/10 9:52am - [Comment] Attempt to cancel via Facebook                       19
  (🌀🟠) 9/10 ~10:00am - [Web] Searching for Contact Methods                          20
  (🌀🟠) 9/10 ~10:16am - [Web] Discovery of Deceptive Registration Funnel             22
    🟧 [SCREEN RECORDING A]                                                 28
  (🔴🌀) 9/10 1:58pm - [Comment] Reaction and Reply on FB                             28
  (🌀🌐) 9/10 1:59pm - [App] Attempt to Send Message to CHS                           29
  (🔴🌀) 9/10 1:59pm - [Message] CHS Identifies As Angi, Wants My WhatsApp            30
  (🌀🌐) 9/10 3:42pm - [App] Disregarding Friend Request                              32
    🟧 [SCREEN RECORDING B]                                                 32
  (🌀🔴) 9/10 3:43pm - [Message] Accept the message and reply                         32
  (🔴🌀) 9/10 4:57pm - [Message] CHS asks for my phone number                         33
  (🔴🌀) 9/10 4:57pm - [Message] Only Provide CHS With Name and Email                 35
  (🌀🟠) 9/11 11:15am - [App] Post removed from feed?                                 35
  (🌀🟠) 9/11 11:30am - [App] Reel with my Comment Exists                             35
  (🌀🟠)  9/11 11:32am - [App] Screen Recording of hidden Reply                       38
    🟧 [SCREEN RECORDING C]                                                 38
  (🔴🌀) 9/11 4:27pm - [Message] Request for a call right away                        38
  (🌀🌹) 9/12 8:10am - [Conversation] Cancel all Angi services                        39
  (🌹🟠) 9/12 8:18am - [Web] Tammy cancels via Angie's List                            39
  (🟠🌹) 9/12 8:20am - [Email] Angi Key Membership Cancellation                       40
  (🟠🌹) 9/12 8:22am - [Email] Angi "Booking Plan" Cancellation                       41
  (🌹🟠) 9/12 8:40am - [Web] Tammy Checks For HomeAdvisor Membership                  42
  (🟠🌀) 9/12 12:08pm - [Comment] Public Response from Angi                           44

(🟠🌀) 9/13 11:30pm - [Comment] Angi Reply on FB thread — 44
(🌀🟠) 9/13 11:33pm - [Comment] Coordinate Your Teams — 46
(🌀🔴) 9/13 11:34pm - [Message] CHS: Angi Has Commented — 47
(🔴🌀) 9/14 3:43am - [Message] Where Is The Reachable Phone Number? — 48
(🌀🔴) 9/14 5:55am - [Message] Final message to Customer Help Service — 49
(🌐🌀) 9/15 8:51am - [App] Return of the Post — 49
   ⬜ [SCREEN RECORDING D] — 50
(🌀🟠) 9/15 9:45am - [Web] Path to Cancellation Steps Discovered — 50
   ⬜ [SCREEN RECORDING E] — 51
(🏦🌀) 9/18 - [Transaction] Debit Purchase Return — 51
(🌀🟠) 9/19 5:25am - [Message] Direct Message to Angi Brand — 52
(🟠🌀) 9/19 10:28am - [Message] CHS Is Not Us, Account Under Wife's Name? — 54
(🌀🟠) 9/19 4:33pm - [Message] Provide Tammy's Info (Ignored) — 56
   ⬜ [SCREEN RECORDING F] — 58
(🌀🌐) 9/19 5:08pm - [App] Reported CHS Account to Facebook — 59
(🌀🟠) 9/20 9:50am - [App] New Redirect Behavior Discovered — 60
   ⬜ [SCREEN RECORDING G] — 61
(🌹🟠) 9/20 11:16am - [App] Tammy Does Not Get Redirected — 61
(🌀🟠) 9/20 3:10pm - [App] Tablet Does Not Get Redirected Either — 61
   ⬜ [SCREEN RECORDING H] — 61
(🌐🌀) 9/21 7:32am - [Message] Facebook Removes CHS — 62
(🌀🌐) 9/21 10:19am - [App] Verified Customer Help Service Removal — 63
(🌹🟠) 9/22 - [Email] Tammy Locates Homeadvisor Welcome Email — 65
(🌹🟠) 10/3 ~5:00pm - [Web] Discovery of Forced Data Retention — 66
(🌀🟠) 10/16 7:53pm - [Email] Formal Data Deletion Demand — 67
(🌀🟠) 10/20 1:33pm - [Email] 2020 Terms of Service Inaccessible — 71
   ⬜ [SCREEN RECORDING L] — 72
(🌀🟠) 10/24 11:35am - Narrated Video of Deceptive Registration Funnel — 73
   ⬜ [SCREEN RECORDING N] — 73
(🌀🟠) 10/24 1:09pm - [Web] Narrated Video of Forced Data Retention — 73
   ⬜ [SCREEN RECORDING O] — 73
(🟠🌀) 10/27 1:11pm - [Email] The Litchenfield Deflection — 74
(🌹🟠) 10/27 5:54pm - [Email] Tammy Exercises Her Data Subject Rights — 76
(🌀🟠) 10/27 7:20pm - [Email] I Respond to Angi Legal Counsel — 78
(🟠🌀) 10/28 9:48am - [Email] Complied in Part, Denied in Part — 81
(🟠🌀) 10/28 9:52am - [Email] Service Desk: Request Resolved — 84
(🌀🟠) 10/28 8:40pm - [Web] Data has not been deleted — 85
   ⬜ [SCREEN RECORDING P] — 86
(🌀🟠) 10/28 8:53pm - [Web] Cannot Log In to HomeAdvisor account — 86
   ⬜ [SCREEN RECORDING Q] — 87
(🌀🟠) 10/28 10:01pm - [Email] Respond: Not Resolved — 88

(🟠🌹) 10/28 11:14pm - [Email] Angi Violates Cease-Contact Instructions — 89
(🌀🟠) 10/30 5:23am - [Email] Request for Comments for Article — 93
(🟠🌹) 10/31 1:03pm - [Email] To Accounting: Locate and Remove Card — 95
(🌀🟠) 10/31 6:45pm - [Web] Card Remains in System After Deadline — 98
    🟧 [SCREEN RECORDING R] — 98
(🟠🌹) 11/3 10:23am - [Email] INC-2551970: Ticket Resolved — 99
(🟠🌀) 11/4 2:45pm - [Email] Legal Threat & Fatal Paradox — 101
(🌀🟠) 11/4 6:12pm - [Web] Verify Account Deletion — 103
    🟧 [SCREEN RECORDING V] — 103
(🟠) 11/5 6am - [Web] Angi Earnings Call — 103
(🌀🟠) 12/21 9:50am - [Web] Verification on the Eve of Filing — 105
    🟧 [SCREEN RECORDING X] — 106
(🌀⚖️) 12/22 ~3pm - [Delivery] Filing Packet to Clerk's Office — 107
(⚖️🌀) 12/22 3:22pm - [Delivery] Case 3:25-cv-2394-SI: Litchfield v. Angi — 108
(🌀🚐) 12/23 [Delivery] Service Packet to Process Server — 109
(⚖️🌀) 12/26 12:00pm - [Mail] Pre-Trial Documents from US District Court — 111
(⚖️🌀) Mon 12/29 7:40am - [Email] PACER Search Access Activated — 111
(🌀🟠) 1/1 7:37am - [Email] Audit Committee: Investigation Demand — 112
(🌀💳) 1/1 9:55am - [Email] Stripe Legal Notice — 114
(💳🌀) 1/1 1:05pm - [Email] Stripe Confirmation — 115
(🌀⚖️) 1/2 10:25am - [Certified Mail] File Address Correction — 116
(🌀🟠) 1/2 10:25am - [Certified Mail] Serve Address Correction to Angi — 116
(🌀🟠) 1/2 10:25am - [Certified Mail] Send Audit Committee Report to Angi — 116
(🌀🔍) 1/2 10:25am - [Certified Mail] Send Audit Committee Report to EY — 116
(🌀🚐) 1/2 12:22 - [Web] Request Update from Barrister Malstroms — 116
(🚐🌀) 1/2 12:43 - [Email] Barrister Malstroms: Angi was served today — 117
(🌀🟠) 1/5 6:19pm - [Certified Mail] Serve Pre-Trial Documents to Angi — 118
(🌀⚖️) 1/5 6:19pm - [Certified Mail] File Certificate for Pretrial Documents — 118
(⚖️🌀) 1/6 10:31am - [Email] DOCKET: Address Correction — 119
(🌀⚖️) 1/12 1:27pm - [Email] DOCKET: Proof of Service Filed (+2) — 119
(💳🌀) 1/13 12:36am - [Email] Stripe Requests More Info — 120
(🌀⚖️) 1/13 2:31pm - [Email] Submitted CM/ECF Filing Application — 121
(⚖️🌀) 1/13 2:40pm - [NEF] DOCKET: CM/ECF Filing Application — 123
(🌀⚖️) 1/13 3:58pm - [Web] Register for Upgraded PACER Account — 123
(🌀💳) 1/13 5:35pm - [Email] Respond to Stripe With More Info — 124
(⚖️🌀) 1/16 10:09am - [NEF] ORDER: CM/ECF Fling Access GRANTED — 128
(⚖️🌀) 1/16 11:00am - [Email] NextGen Registration Processed — 128
(⚖️🌀) 1/16 12:25pm - [NEF] ORDER: Redundant Motion Denied as Moot — 130
(🌀🟠) 1/16 6:51pm - [Web] Current Account Access — 130
    🟧 [SCREEN RECORDING Y] — 131
    🟧 [SCREEN RECORDING Z] — 133

Appendix A - Curated Evidence Index                                              138
    I. Deceptive Login Registration Funnel                   138
    II. Obstructive Cancellation Methods: Roach Motel        139
    III. Negligence in Social Media Platform Moderation      142
    IV. Denial of Data Deletion Rights                       143
Appendix B: Figure Index                                                         147
Appendix C: Screen Recordings                                                    151
Appendix D: Devices                                                              159
Appendix E: Measurements                                                         159
Appendix F: Public Records                                                       160
VERIFICATION OF DIGITAL EVIDENCE AND EXHIBITS                                    162

# Forensic Timeline Conventions

The forensic timeline in this document uses the following conventions:

- Events begin with an ordered emoji pair representing the initiating and receiving parties of the event, respectively.
- Events have a timestamp in parentheses (always in Pacific Time) that is traceable to a specific piece of evidence matching the time the event was initiated.
- Events contain:
    - **Messages**, in bulleted list items prefixed with the emoji of the sender, followed by an (optional) entity within the sending party in bold format, followed by the message transmitted.
    - **Narrative**, default text outside of messages.
    - **Figures**, followed by an identifier in the format "[month.day.N]", where N is a sequential number starting at 1 for each day. Figures are enumerated in Appendix B.
    - **Screen Recordings**, indicated by a "[**SCREEN RECORDING** {{letter}}]" header and the URL of the recording. Screen recordings are enumerated in Appendix C.
    - **Communication failures**, denoted with "❌"

# Parties

Messages in the timeline are prefixed with a party, which includes an emoji, top-level name, and optional
Emoji are used consistently in the timeline to represent a party, followed by an entity within the party, where applicable.

## 🗓️ **Mon, Oct 20**

—

## () **10/20 1:33pm - [Email] 2020 Terms of Service Inaccessible**

I wanted to locate the original Terms of Service that Tammy presumably accepted for us back in 2020 from when we joined HomeAdvisor, at a time when X was called Twitter, and Google+ existed. Tammy had previously forwarded the Welcome email from HomeAdvisor (Fig 9.22.1), which was the only email she received that indicated a new membership had been created. I located links to the Terms & Conditions and the Privacy Policy in the email footer and selected them.

Both links direct to an invalid subdomain: ce.homeadvisor.com.



[Fig 10.20.4]

Both links fail to resolve to valid locations, responding with NXDOMAIN errors in Chrome.



[Fig 10.20.5]

- 🟠 **Angi/HomeAdvisor**: Terms & Conditions link: https://ce.homeadvisor.com/pub/cc?_ri_=X0Gzc2X%3DYQpglLjHJlYQGr0uB8NiTzdRpIUJzcCAttw83vzfBXzeCG2dGBrnfMGqORIuyzaY572yzaAsTzf8r89tDgzazdqsVXtpKX%3DCSUUDCAY&_ei_=EiAY55VOhlPtXelE_eQhe_rd66Joq6XijakgoLmKnG0YNe0_15CbcmcJxpzBKh2OEwKsiRlX98JjfazqpmMBlmoy1lTzrCBwM4ensbw3f6sbIWUnTOkwwFKhwUs1n_xhuuSD-08-mhRY.
  - ❌ DNS_PROBE_FINISHED_NXDOMAIN

- 🟠 **Angi/HomeAdvisor**: Privacy Policy link: https://ce.homeadvisor.com/pub/cc?_ri_=X0Gzc2X%3DYQpglLjHJlYQGr0uB8NiTzdRpIUJzcCAttw83vzfBXzeCG2dGBrnfMGqORIuyzaY572yzaAsTzf8r89tDgzazdqsVXtpKX%3DCSUUDCCY&_ei_=EiAY55VOhlPtXelE_eQhe_rd66Joq6XijakgoLmKnG0YNe0_15CbcmcJxpzBKh2OEwKsiRlX98JjfazqpmMBlmoy1lTzrCBwM4ensbw3f6sbIWUnTOkwwFKhwUs1n_xhuuSD-08-mhRY.
  - ❌ DNS_PROBE_FINISHED_NXDOMAIN

🟠 **[SCREEN RECORDING L]**

https://drive.google.com/file/d/1gE4KqimcVzCGlG0NTzSaVO6veQKW-2kf/view?usp=drivesdk

I will need to find another way to locate the original Terms and Conditions that were accepted. I need to determine what if any arbitration clause may be present.

Jaime Padgett

**Note**: This is the "fatal paradox", simultaneously a legal threat and an admission of non-compliance.

## (🌀🟠) 11/4 6:12pm - [Web] Verify Account Deletion

After receiving this email I attempted to log in to angi.com using Tammy's email address. She received a code at her email address, but when I supplied the code it prompted me to "*complete*" the account, similar to the experience at homeadvisor.com (Fig 9.10.13). I did not proceed through the full login flow at this time.

**Note**: The following screen recording indicates the presence of a second deceptive login registration funnel, having the equivalent experience as HomeAdvisor.com before login. The fact the mechanism has been implemented at Angi.com strongly indicates that this login experience is part of their new platform and is a systemic design choice.

## 🟠 [SCREEN RECORDING V]

https://drive.google.com/file/d/1SSdEjaWXp-vYu7KU3LSPFvPTrfCgWLrs/view?usp=drivesdk

Given what I understand about Angi's system, this behavior likely indicates that the account has been disabled or deleted. I don't really feel that I received solid confirmation that my card info had been removed from their system and that I would not be charged.

**Technical note**: They definitely had the Stripe PaymentMethod ID (_pm...) for my card in their system on Oct 31 because their system was able to retrieve the last 4 digits of my card and display it in the UI. Angi has made provably false statements.

# 📅 Wed, Nov 5

—

## (🟠) 11/5 6am - [Web] Angi Earnings Call

I registered for Angi's earnings call. I joined a few minutes late, but I listened until the end. I recorded the CEO's response to a question about expected benefits from any investments they have been making in their technical platform, and any potential unpaid technical costs. In particular I was interested to learn about the current state of Angi's internal technical infrastructure and get a glimpse into the overall system architecture, to understand their CI/CD capabilities, exposure to legacy systems and technology, to gain a glimpse into overall tech debt, and understand any potential roadmap or plan for any required remediations, if any.



[Fig 11.5.1]

**[SCREEN RECORDING W]**

https://drive.google.com/file/d/1-U27GJObgmfk1IJ-Ajuw946voF6qH26m/view?usp=drivesdk

- 🟠 **Angi/CEO:** ... There was a big disruption in April connected to macro events and that kind of hung a little bit through May. We saw a pickup in June, and we feel like we've been kind of steady since then.... I think secondly, on your platform question, as I said, we don't have any wins from platform integration, particularly built-in. Um, and we don't particularly expect disruptions. We're in the middle of our fifth migration of a significant pro network and, you know, for the fifth time, we see it's the same and I think we've seen less post than other migrations. So, um, we think this improves the customer experience and it's also going to improve the efficiency of our commercial engine. You can already see the improved efficiency in our consolidation of the sales force to sell only the new product, um, which has result, which has been part of the success of selling significantly more capacity per pro and generating a lot more value.

    Could we see some lifts? Yes. There are progressively going to be rollouts. You're seeing the first one in this migration. We're going to see some impacts on our homeowner-facing side, which we think will be net improvements, you know, over the course of the first half of the year. And we will progressively be delivering, you know, um, platform pieces which both have the chance to improve conversion and the customer experience and will allow our team to test, develop, and deploy faster and iterate faster, where I think we've been very much held back on our ability to move with speed across the product and the customer experience for multiple years here by the, by the legacy, uh, technology and tech debt.

## Appendix C: Screen Recordings

This appendix contains a list of all screen recordings mentioned in the timeline, including a file hash (hex-encoded MD5 digests) and the duration (*minutes*:*seconds*) to ensure integrity of evidence. Recordings are hosted on Plaintiff's personal Google Drive. A subset of these recordings were lodged with the court on a USB drive as part of Exhibit C (manually filed evidence).

- 🟠 **RECORDING-A** - Homeadvisor-Login-Signup-Workflow.mp4
  - **Description**: Deceptive login process dynamically registers new users
  - **Duration**: 1:00
  - **Hash**: 0ef008d51285567cf062e4cc60effdf0
  - **Location**:
    https://drive.google.com/file/d/1BwuRgS9ajUe5oeSmBH_G4ZQ4_eRqm8kP/view?usp=drive
  - **Lodged:** No
  - **Recorded**: September 14, 2025 (non-contemporaneous reproduction 4 days after initial discovery)
  - **Sequence**:
    1. 0:01 - I am given a choice between "Log In" or "Sign Up". I chose "Log In" to check if I already had an account, which I believed at the time would fail if I did not.
    2. 0:04 - "Welcome Back!" Is displayed, which confirms the belief that the user is returning.
    3. 0:04 - "Don't have an account? Sign up" with a link to "Sign up" implies that there is another place to go if you are certain you do not have an account, and this is the place to be if you are uncertain, like I was at the time.
    4. 0:28 - Log in code is delivered via email, implying a registered account already exists.
    5. 0:45 - Info collected to "complete" account, implying a process being resumed and information being updated. I believed I was updating my account that existed before September 10th, otherwise this would have failed.
    6. 0:56 - "Welcome Back" banner again confirms the belief in the user's mind that they are returning.

- 🟠 **RECORDING-B** - Angi-Facebook-Customer-Help-Service.mp4
  - **Description**: Accepting a direct message from Customer Help Service.
  - **Duration**: 0:14
  - **Hash**: a0a3d35233d361676f415de57687a8c6
  - **Location**:
    https://drive.google.com/file/d/1t1k-HQ_SGsNfofW0zxT-NKY16ZlaJ027/view?usp=drivesdk
  - **Lodged:** No
  - **Recorded**: September 10, 2025 (contemporaneous)

- **Sequence**:
    1. 0:06 - Looks like a new account, sketch.
    2. 0:08 - Select Respond, but canceling because this is for the friend request, not to respond to the agent.
    3. 0:10 - Select Messages, but at this time I was uncertain what would be accepted if I chose to accept.

🟠 **RECORDING-C** - Angi-Facebook-Post-Not-Visible.mp4
- **Description**: The post I commented on has been removed, but still accessible as a Reel. Replies from Customer Help Service are now hidden by default, but available when the "Most Relevant" filter is changed to "All Comments". However, I did not realize this at the time I recorded the video.
- **Duration**: 1:07
- **Hash**: fd7c69573d94ea4cf17af199bc4ec556
- **Location**: https://drive.google.com/file/d/17qwtFtRZ44RkOP7HcjpYYw6rLL4bMuBj/view?usp=drivesdk
- **Lodged:** No
- **Recorded**: September 11, 2025 (contemporaneous)
- **Sequence**:
    1. 0:31 - I cannot find the Post I commented on the day before. It seems to me that it was removed or suppressed from the front page.
    2. 0:34 - It is still available as a Reel
    3. 0:40 - The reply from Customer Help Service no longer appears beneath the reel. When I click "View 1 reply ..." nothing is shown.
    4. 1:00 - I navigated to Messages to show my conversation with Customer Help Service.

🟠 **RECORDING-D** - Angi-Facebook-Post-Visible.mp4
- **Description**: Monday morning, the original Post I commented on (Fig 9.10.7) is now visible toward the top of the Angi Facebook page. Both the Customer Help Service and the Angi Brand's public reply are accessible from the Post and the Reel after enabling All Comments.
- **Duration**: 0:23
- **Hash**: 1372372424d394c31667726ed557fc1a
- **Location**: https://drive.google.com/file/d/1zWtBxQEtwnLx27pfmgAAKxA1WYXbKpxo/view?usp=drivesdk
- **Lodged:** No
- **Recorded**: September 15, 2025 (contemporaneous)
- **Sequence**:
    1. 0:01 - Scroll through Angi posts