# EXHIBIT C

Case No.: 3:25-cv-02394-SI

Screen Recordings E, I, N, P, W, and X

**INCORPORATION**:

The contents of **Docket Entry 5** are incorporated into this Second Amended Complaint by reference.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD,** | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **EXHIBIT C** |
| **ANGI INC.,** | **INCORPORATION OF SCHEDULE** |
| Defendant. | **OF DIGITAL EVIDENCE** |

### A. INCORPORATION BY REFERENCE

1. Plaintiff incorporates by reference the physical USB Flash Drive containing high-definition forensic screen recordings that was manually lodged with the Clerk of the Court on December 22, 2025 (see Docket Entry 5, Notice of Manual Filing).

2. This Exhibit serves as the manifest for the physical media currently in the Court's custody. No new physical media is being lodged with this filing.

### B. DIGITAL FINGERPRINTS (VERIFICATION)

3. Plaintiff certifies that the files contained on the physical drive currently in the Court's custody match the following cryptographic hashes (MD5) and constitute the "Exhibit C" referenced in the Second Amended Complaint:

EXHIBIT C - INCORPORATION OF SCHEDULE OF DIGITAL EVIDENCE - Page 1 of 2

| File Name (.mp4) | File Hash (MD5) |
|---|---|
| RECORDING-E-Cancellation-Maze | 672bcddc268d1500f6a10edfd5b09dee |
| RECORDING-I-Forced-Data-Retention | c1d6ea8c4e499339bacd2bebc328c6c5 |
| RECORDING-N-Deceptive-Registration | 89d9115d11a420c718a364712b056132 |
| RECORDING-P-False-Compliance | 94e2bacc662562420e486b412e193f4c |
| RECORDING-W-Earnings-Call | f34131d6af275f761d65519ef8a4b854 |
| RECORDING-X-Eve-Of-Filing | a367e5481d9ae52ce112e3fb8e570509 |

## C. CERTIFICATION

I certify that the files listed above are identical to the files lodged on December 22, 2025.

**DATED**: March 2, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley OR, 97086

503-307-8953

EXHIBIT C - INCORPORATION OF SCHEDULE OF DIGITAL EVIDENCE - Page 2 of 2