UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD**, | Case No.: 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S SECOND NOTICE OF** |
| **ANGI INC.**, | **ERRATA RE: REDLINE** |
| Defendant. | **COMPARISON TO THE** |
| | **PROPOSED SECOND AMENDED** |
| | **COMPLAINT** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiff Stephen Marcus Litchfield hereby submits this Second Notice of Errata to correct a formatting omission identified in the Redline Comparison document, which was filed on March 2, 2026, as Attachment 5 to the Motion for Leave to File Second Amended Complaint [Docket Entry 21].

Section III.9.d was added in the proposed Second Amended Complaint, but the redline comparison did not indicate the addition. This has been resolved in the attached replacement pages.

Crucially, the text of the Proposed Second Amended Complaint itself remains entirely correct and unchanged. This filing is strictly limited to providing an accurate visual comparison aid as required by Local Rule 15-1(b), correcting only the visual formatting in the comparison document.

In the interest of docket economy, Plaintiff attaches only the specific two-sided replacement pages containing the corrected formatting.

Attached hereto is:

- **Attachment 1**: Corrected Pages [5-8] of the Redline Comparison (Docket Entry 21, Attachment 5).

DATED: March 9, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley, OR 97086

503-307-8953