**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD,** | **Case No.: 3:25-cv-02394-SI** |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S NOTICE OF** |
| **ANGI INC.,** | **SERVICE OF FIRST** |
| Defendant | **SUPPLEMENTAL RULE 26(a)(1)** |
| | **DISCLOSURES** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that on March 18, 2026, Plaintiff Pro Se Stephen Marcus Litchfield, served his First Supplemental Rule 26(a)(1) Disclosures upon Defendant Angi Inc. Pursuant to Federal Rule of Civil Procedure 26(e), Plaintiff supplemented Section II (Documents, ESI, and Tangible Things) of his Initial Disclosures to include newly acquired documentary evidence received by Plaintiff on February 25, 2026.

Service was effectuated via electronic mail upon counsel of record for Defendant, Michael McCullough of Perkins Coie LLP, pursuant to Plaintiff's prior consent to electronic service.

Pursuant to Federal Rule of Civil Procedure 5(d)(2)(A) and Local Rule 26-2, the disclosures themselves are not being filed with the Court at this time.

**DATED**: March 18, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**

Plaintiff Pro Se

marclitchfield@gmail.com

14845 SE Monner Rd

Happy Valley OR, 97086

503-307-8953