vi.    Should the Court compel the dismantling of these specific systemic harms through the requested injunctive relief, Plaintiff intends to resume use of the platform.

      vii.   Pursuant to *Davidson v. Kimberly-Clark Corp., 889 F.3d 956 (9th Cir. 2018),* Plaintiff retains standing to pursue injunctive relief to remediate these systemic hazards.

10. **Defendant**: Angi Inc. (d/b/a HomeAdvisor, Angi, Handy) is a publicly traded corporation (NASDAQ: ANGI) headquartered at 3601 Walnut Street, Suite 700, Denver, Colorado.

    a. Defendant owns and operates the domain Angi.com.

    b. Defendant owns and operates the domain HomeAdvisor.com under the Angi brand.

    c. Defendant owns and operates the domain AngiesList.com, which redirects to Angi.com.

    d. Defendant operates a highly dominant network of local contractors and home service professionals across the Portland metropolitan and Happy Valley areas, encompassing the HomeAdvisor, Angi, and Handy platforms.

SECOND AMENDED COMPLAINT - Page 7 of 26

## IV. FACTUAL ALLEGATIONS

## A. The Deceptive Registration Funnel (Lack of Mutual Assent)

11. On September 10, 2025, Plaintiff visited HomeAdvisor.com to investigate and cancel an unauthorized, recurring charge of $29.99 billed to his debit card (*Exhibit A, Fig 9.10.1: Transaction Notification*).

   a. Plaintiff suffered an immediate ascertainable loss of money ($29.99) as a direct result of purchasing a subscription service that lacked the represented characteristics of standard digital commerce, specifically, the ability to successfully authenticate, manage, and cancel the service, which Defendant actively obstructed through deceptive interface interference.

   b. While the principal $29.99 was eventually refunded, Plaintiff suffered a concrete, ascertainable loss of the time value of that money during the period Defendant unlawfully retained it.

   c. Furthermore, the forced, ongoing retention of Plaintiff's tokenized financial data (the Stripe payment token) constitutes a continuing deprivation of Plaintiff's legally protected property interest in his own financial instruments.