

# Meet and Confer: Rule 26(f) Conference & Supplemental Disclosure – Litchfield v. Angi Inc. (3:25-cv-02394-SI)

1 message

**Marcus Litchfield** <marclitchfield@gmail.com>                                                    Wed, Mar 25, 2026 at 1:51 PM
To: McCullough, Michael (POR) <MichaelMcCullough@perkinscoie.com>
Cc: King, Jeannette (POR) <JeannetteKing@perkinscoie.com>

Mr. McCullough,
I am in receipt of your email rejecting the proposed Interim Preservation Stipulation and noting Angi's intent to move for a stay of discovery.

To clarify, my proposal was not a request for early discovery or production. It was a narrowly tailored request to preserve highly volatile electronically stored information (ESI)—specifically, the CI/CD deployment logs, feature-flag states, and Stripe API payloads relevant to my sessions between September 10 and November 3. The sole purpose of the stipulation was to ensure these transient logs are exported to cold storage before they are permanently overwritten by Angi's routine, automated data-retention and log-rotation policies.

Because Angi declines to stipulate to the preservation of this specific ESI and has provided no assurances that a litigation hold suspending automated IT lifecycle policies has been implemented for these systems, please consider this correspondence a formal Notice of Spoliation Risk. Angi Inc. is now on actual notice that allowing automated IT lifecycle policies to overwrite, purge, or otherwise destroy the backend data identified above will be viewed as actionable spoliation.

To conserve party and judicial resources, I do not oppose a stay of active discovery (such as interrogatories, depositions, and document production) pending the Court's ruling on the Motion to Dismiss. However, I cannot agree to a stay that fails to secure transient electronic evidence.

Consequently, I will address this distinction in my Opposition to your impending Motion to Stay, and I will concurrently file a Cross-Motion for a Preservation Order to ensure this specific data is quarantined.

Regards,
Stephen Marcus Litchfield
Plaintiff Pro Se

[Quoted text hidden]