

**Data Request to Angi**

1 message

**Jaime Padgett** <jaime.padgett@angi.com>    Mon, Oct 27, 2025 at 1:11 PM
To: marclitchfield@gmail.com

Mr. Litchfield,

I am in-house counsel at Angi, Inc. and recently in request of your Data Subject Access Request seeking deletion of your and another individual's data, namely, Tammy Litchenfield's data. Please note we have investigated your concerns. We possess no such information under any account in your name.

Under the law, individuals are not permitted to exercise the data rights of other individuals, absent proof of their status as an appointed representative. As such, I kindly ask that Tammy Litchenfield subject a request to PrivacyOfficer@angi.com to exercise any privacy rights on her account.

You can learn more about privacy rights at our privacy policy here.

Thank you,


**Jaime Padgett**

Director/Sr. Corporate Counsel

