

## Your request to delete information at Angi has been completed

1 message

**Angi** <noreply@angi.com>                                                    Tue, Oct 28, 2025 at 9:48 AM
Reply-to: Angi <noreply@angi.com>
To: marclitchfield@gmail.com



Hello,

We are contacting you regarding your request to delete your personal information that you submitted on October 28, 2025 to Angi Inc., ("Angi") under the California Consumer Privacy Act ("CCPA"). Angi takes seriously our obligation to comply with the CCPA and to protect and use your information responsibly and adhere to industry recognized security standards and frameworks to protect your personal information.

When we received your request and verified your identity, we promptly processed it accordingly and your request was complied in part and denied in part, as authorized by the CCPA.

Under the CCPA, there are some types of personal information which we are permitted to retain after deletion is requested. Please be assured we will only retain personal information as permitted by the CCPA, such as to comply with legal obligations, including if we are compelled to maintain information for litigation or other legal purposes, tax reporting, financial regulations, etc.

After receiving a deletion request, Angi limits its processing of your personal information for these purposes and restricts access to any retained personal information accordingly. The personal information that we have retained about you to support these purposes are:

- Account information (i.e. name, email address, phone number, member ID, and physical addresses)
- Transactional information (i.e. service requests, date of requests, and details of requests)
- Communications (i.e. disputes/resolutions, and communications related to your requests)

For additional information regarding our data practices and your choices please refer to our Privacy Policy. If you have any additional questions or if you would like to submit a request to disable and delete your Angi account, you may contact us at privacyofficer@angi.com. Please note that once your Angi account is deleted, we will not be able to recover your account information. You will also lose access to information related to your prior service requests. Pursuant to Reg. §§999.313(d)(5) and 999.317(b), we will maintain records of your CCPA requests and related correspondence to ensure your personal information remains deleted from our records and for record keeping purposes for at least 24 months.

Thank you for contacting us.

Sincerely,
Angi Inc.

This email was sent to marclitchfield@gmail.com

© 2025 Angi │ 130 E. Washington St │ Indianapolis, IN 46204

 

## INC-2549943: Ticket Resolved - Data Request: CCPA Delete Data

1 message

**Service Desk** <servicedesk@angi.com>                                        Tue, Oct 28, 2025 at 9:52 AM
Reply-to: Service Desk <servicedesk@angi.com>
To: marclitchfield@gmail.com

Dear Marclitchfield,

SA-Fresh Service has indicated that your ticket is Resolved.

If you believe that the ticket has not been resolved, please reply to this email to automatically reopen the ticket.

If there is no response from you, we will assume that the ticket has been resolved and the ticket will be automatically closed after 48 hours.

Thank you,
Help@Angi
https://help.angi.com/helpdesk/tickets/2549943