

# Request for Comment: Seeking Alpha Article on Angi Inc. Customer Practices and Data Retention Policies (Ref: OR DOJ FF7819-25; CO AG C-000050111)

1 message

**Jaime Padgett** <jaime.padgett@angi.com>                    Tue, Nov 4, 2025 at 2:45 PM
To: Marcus Litchfield <marclitchfield@gmail.com>

Hi, Mr. Litchfield,

Thank you for your follow up questions. While we do not wish to comment on your proposed article, we will address your questions below:

1. Angi's registration process is compliant with state and federal laws. Further, please note Angi does not report consumer user acquisition metrics.

2. Angi's cancellation processes are compliant with state and federal laws.

3. We regularly monitor our verified social media channels to ensure homeowner complaints are quickly and efficiently addressed. We encourage users to engage only through official, verified Angi channels and report suspicious activity immediately.

4. Please be advised that your and Tammy Litchfield's deletion requests have been processed. Covered data related to your account has been deleted, pursuant to your request. The account which you reference logging into below was your wife Tammy Litchfield's account. I am aware your wife appointed you as her authorized representative to request deletion of her data on October 27 at 8:54 pm ET. The Oregon Consumer Privacy Act allows 45 days from the receipt of a request to action deletion. Nonetheless, we have now completed the deletion on Mrs. Litchfield's accounts.

   Please note Angi does not collect, store, or maintain credit card information. This information is collected, maintained, and stored by an accredited, third-party vendor, Stripe, as is disclosed in our privacy policy:

   > More about payment card information: Although users can submit payment information to pay for a service through the Services, we do not receive this information itself. Payment information is transmitted directly to our payment card processing vendor.

   I encourage you to contact Stripe directly to invoke any of your rights as to the data they maintain.

As you are aware these allegations are false and misleading, please note we will not hesitate to take action for any and all defamatory, misleading, or incorrect statements made by you.

**Jaime Padgett**

[Quoted text hidden]