**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD**, | **Case No.:** 3:25-cv-02394-SI |
| Plaintiff Pro Se, | |
| v. | **PLAINTIFF'S NOTICE OF** |
| **ANGI INC.,** | **COMPLIANCE WITH ORS** |
| Defendant. | **646.638(2)** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Stephen Marcus Litchfield, proceeding pro se, has complied with the statutory notice requirements of the Oregon Unlawful Trade Practices Act, specifically ORS 646.638(2).

On April 21, 2026, Plaintiff mailed a true and correct copy of the operative First Amended Complaint (ECF 13), inclusive of Exhibits A through D, along with the associated Notice of Errata (ECF 20 and 20-1), to the Attorney General of Oregon.

The pleading was served via United States Postal Service Priority Mail to the following address:

Attorney General of Oregon

Oregon Department of Justice

1162 Court Street NE

Salem, OR 97301-4096


A copy of the USPS Priority Mail label (Tracking No. 9405 5301 0935 5313 9079 87) and

the accompanying cover letter are attached hereto as Exhibit 1.


By filing this Notice and the attached proof of mailing, Plaintiff has satisfied the

procedural prerequisite of ORS 646.638(2), removing any statutory bar to the Court

entering a judgment, order, or decree in this action.


**DATED**: April 21, 2026

Respectfully submitted,


/s/ Stephen Marcus Litchfield

_____

**Stephen Marcus Litchfield**
Plaintiff Pro Se
marclitchfield@gmail.com
14845 SE Monner Rd
Happy Valley, OR 97086
503-307-8953