**Stephen Marcus Litchfield**
marclitchfield@gmail.com
14845 SE Monner Rd
Happy Valley, OR 97086
503-307-8953

April 21, 2026

**VIA USPS PRIORITY MAIL**
**Tracking Number:** 9405 5301 0935 5313 9079 87

**Attorney General of Oregon**
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301-4096

**RE: Statutory Notice Pursuant to ORS 646.638(2)**

**Case**: Litchfield v. Angi Inc., U.S. District Court, District of Oregon,
**Case No.**: 3:25-cv-02394-SI

**Related State Record:** DOJ Consumer Protection File No. FF7819-25


To the Attorney General:

Pursuant to the notice requirements of ORS 646.638(2), enclosed please find a copy of the First Amended Complaint and accompanying exhibits filed in the above-referenced federal civil action.

This litigation involves alleged violations of the Oregon Unlawful Trade Practices Act by Defendant Angi Inc., stemming from the same consumer interactions previously logged by your office under DOJ File No. FF7819-25.

Please note that a Motion for Leave to File a Second Amended Complaint is currently pending before the District Court.

This packet is provided solely to satisfy the statutory notice requirement. No direct action or response is required from your office.

Sincerely,

**Stephen Marcus Litchfield**
Plaintiff Pro Se

**Enclosures**:

- ECF 13: First Amended Complaint
  - ECF 13-1: Exhibit A - v10.1-civil Timeline
  - ECF 13-2: Exhibit B - Email
  - ECF 13-3: Exhibit C - Schedule of Digital Evidence
  - ECF 13-4: Exhibit D - Redline Comparison

- ECF 20: Notice of Errata - Appendix A
  - ECF 20-1: Corrected Appendix A

# P

*usps.com*
$8.69
US POSTAGE

9405 5301 0935 5313 9079 87 0086 9001 0709 7301


U.S. POSTAGE PAID
Click-N-Ship®

04/22/2026
1 lb 7 oz          Mailed from 97086   428086626940111

## PRIORITY MAIL®

STEPHEN M LITCHFIELD
14845 SE MONNER RD
HAPPY VALLEY OR 97086-5806

Created 2026-04-21

## RDC 03

**C001**



OREGON DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF OREGON
1162 COURT ST NE
SALEM OR 97301-4095

### USPS TRACKING #

**9405 5301 0935 5313 9079 87**

