# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **STEPHEN MARCUS LITCHFIELD**, | Case No. 3:25-cv-2394-SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ANGI, INC.**, | |
| Defendant. | |

Based on the Court's ORDER,

**IT IS ADJUDGED** that judgment is entered in favor of Defendant Angi, Inc. and this case is DISMISSED WITH PREJUDICE.

DATED this 22nd day of May, 2026.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT