# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

**STEPHEN MARCUS LITCHFIELD**,          **Case No.:** 3:25-cv-02394-SI

      Plaintiff Pro Se,

v.                                                                 **NOTICE OF APPEAL**

**ANGI INC.,**

      Defendant.

_____

Notice is hereby given that Stephen Marcus Litchfield, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment entered in this action on the 22nd day of May, 2026, and all interlocutory orders that merge into that Judgment, including the Order granting Defendant's Motion to Dismiss and denying pending motions as moot (ECF No. 35).

**DATED**: June 21, 2026

Respectfully submitted,

/s/ Stephen Marcus Litchfield
_____

Plaintiff Pro Se

14845 SE Monner Rd
Happy Valley, OR 97086
503-307-8953
marclitchfield@gmail.com

NOTICE OF APPEAL - Page 1  of 1